UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STATE BOARD OF ADMINISTRATION OF FLORIDA,

    *Plaintiff*,

v.                                                                      No. 2:25-cv-00135-JLB-KCD

TARGET CORPORATION, *et al.*,

    *Defendants*.

_____

## NOTICE OF MOTION FOR CONSOLIDATION

Under Local Rule 1.07(b), a party seeking consolidation "must file the motion in one action and a notice and a copy of the motion in the other action." In *Riviera Beach v. Target Corp.*, 2:25-cv-00085 (M.D. Fla.), the State Board of Administration of Florida has filed a motion seeking consolidation with this action. *See* Attachment A.

Dated: April 1, 2025                                              Respectfully submitted,

JAMES UTHMEIER (FBN: 113156)
Attorney General
State of Florida
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-330

PAUL C. HUCK, JR. (FBN: 968358)
SAMUEL J. SALARIO, JR. (FBN: 083460)
JASON B. GONZALEZ (FBN: 146854)
Lawson Huck Gonzalez, PLLC
215 S. Monroe Street, Suite 320
Tallahassee, FL 32301
(850) 825-4334
jason@lawsonhuckgonzalez.com

/s/ Jonathan Berry
JONATHAN BERRY (*pro hac vice*)
LEAD COUNSEL
ANDREW W. SMITH (*pro hac vice*)
Boyden Gray PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
jberry@boydengray.com

ANDREW J. BLOCK (*pro hac vice*)
America First Legal Foundation
611 Pennsylvania Avenue S.E.
No. 231
Washington, D.C. 20003
(202) 964-3721
andrew.block@aflegal.org

*Counsel for State Board of Administration of Florida*