**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| STATE BOARD OF ADMINISTRATION OF FLORIDA, <br><br> *Plaintiff*, <br><br> v. <br><br> TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, and DIMITRI L. STOCKTON, <br><br> *Defendants*. | No.: 2:25-cv-00135-JLB-KCD <br><br><br> CLASS ACTION |

**NOTICE OF MOTION FOR CONSOLIDATION**

Pursuant to Local Rule 1.07(b), a party seeking consolidation "must file the motion in one action and a notice and a copy of the motion in the other action." In *City of Riviera Beach Police Pension Fund v. Target Corp. et al.*, Case No. 2:25-cv-00085 (M.D. Fla.), State Teachers Retirement System of Ohio has filed a motion seeking consolidation with this action. *See* Exhibits A and B.

Respectfully submitted,

Date: April 1, 2025

1

By: /s/ *Joshua E. Dubin*
**JOSH DUBIN, P.A.**
Joshua E. Dubin
201 South Biscayne Blvd., Ste. 1210
Miami, Florida 33131
Telephone: (212) 219-1469
josh@jdubinlaw.com

**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer (admitted *pro hac vice*)
Caitlin M. Moyna (admitted *pro hac vice*)
Vincent J. Pontrello (admitted *pro hac vice*)
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
jeisenhofer@gelaw.com
cmoyna@gelaw.com
vpontrello@gelaw.com

*Counsel for Plaintiff and Proposed Lead Counsel
for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.


By: /s/ *Joshua E. Dubin*
Joshua E. Dubin