

## DECLARATION OF BRIAN CRAIG

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.  I am a named plaintiff and member of the putative class in this action. I am over the age of 21 and competent to make this declaration on personal knowledge.

2.  I am familiar with the facts set forth herein and submit this declaration in support of SBA's Response to the Notice of Motion and Memorandum of Law in Support of State Teachers Retirement System of Ohio's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel [ECF No. 42].

3.  I am aware that the law firm Grant & Eisenhofer ("G&E") is attempting to become counsel for the class action of the lawsuit arising out of the case in which I am a plaintiff, *Craig v. Target Corp.*, 2:23-cv-599 (M.D. Fla.). The essence of this lawsuit is that Target's pursuit of DEI and ESG initiatives caused a collapse in shareholder value because Target did not disclose the risks associated with its activities to its shareholders.

4.  I have reviewed a recent Fox News article about a private consumer watchdog naming G&E among what it calls the "Shady Eight" consumer protection law firms. According to this reporting, these firms secure lucrative public contracts and contribute millions of dollars in political donations—100 percent of which goes to Democrat candidates and Democrat-allied committees in the case of G&E. Peter Pinedo, *EXCLUSIVE: 'Shady trial lawyer pipeline' funneling millions to Democrats, according to report*, Fox News (Apr. 2, 2025, 1:38 p.m.), https://www.foxnews.com/politics/exclusive-shady-trial-lawyer-pipeline-funneling-millions-democrats-report (last visited Apr. 15, 2025).

5.  I further understand that G&E operates an ESG Institute. In its own words, G&E describes this Institute as "an initiative expressly designed to address the increasing dialogue on

ESG within the institutional investor community" that works "to further a wide array of ESG goals." ESG Institute – Grant & Eisenhofer, https://www.gelaw.com/about/esg-institute/ [https://perma.cc/CXC4-YGEY]. The firm uses the ESG Institute to solicit business from those who wish to "further[]" the "mission" through legal action. ICGN-GISD Partner with ESG Institute to Standardize Legal ESG Draft Clauses for Updated Model Mandate – Grant & Eisenhofer, https://www.gelaw.com/icgn-gisd-partner-with-esg-institute-for-update-model-mandate-esg-draft-clauses [https://perma.cc/CD84-GZZ3].

6. I understand that G&E boasts that it has secured billions of dollars in settlements from ESG-related cases, with many more in the pipeline. ESG Related Cases – Grant & Eisenhofer, https://www.gelaw.com/esg-related-cases [https://perma.cc/82GX-YLFG].

7. I understand that G&E also has solicited business by promoting the DEI and ESG movements in public-facing content on its website and social media accounts. I have seen that in addition to its ESG Institute, the firm maintains a blog highlighting changes in the legal landscape on DEI and ESG issues. *See* Blog & News – Fighting for Civil Rights, https://fightingforcivilrights.com/blog.html (last visited Apr. 15, 2025). Each of these posts contains a solicitation such as "If you believe you have been discriminated against based on gender, gender identity, or sexuality, give us a call to speak with an experienced attorney." Grant & Eisenhofer P.A. Civil Rights, *U.S. Department of Education Memorandum Protects LGBTQ Rights*, Blog & News, https://fightingforcivilrights.com/blog/u-s-department-of-education-memorandum-protects-lgbtq-rights.html [https://perma.cc/SDR5-ZTFL]. The firm places similar content on its X (formerly Twitter) account, such as posts suggesting that "[i]f you experienced discrimination due to your gender identity, contact the civil rights attorneys at G&E today."

Grant & Eisenhofer P.A. (@gelaw_com), X (Nov. 24, 2023, 12:00 PM), https://x.com/gelaw_com/status/1728096256486941140 [https://perma.cc/P4EC-CXJL].

8. I am aware that the Rules of Professional Conduct state, "a lawyer must not represent a client" if "there is a substantial risk that the representation of 1 or more clients will be materially limited" by "a personal interest of the lawyer." R. Regul. Fla. Bar 4-1.7(a). Such a conflict may be waived only if "each affected client gives informed consent, confirmed in writing or clearly stated on the record at a hearing." *Id.* 4-1.7(b)(4).

9. G&E has moved to serve as primary counsel for a class that seeks to hold Target accountable for the very activities the firm has seemingly—to this point—only supported and profited from. This creates a conflict of interest between its current personal interest in supporting and promoting ESG/DEI activism and those of the putative class in this case.

10. Based on my review of this publicly available information, I do not believe that the law firm of G&E can adequately represent my interests, or the interests of the class, in a lawsuit about the financial harms of DEI and ESG. I see the firm as having a conflict of interest because it has a history of seeking to represent clients on the exact opposite side of this issue and appears to have made a substantial amount of money in bringing cases to further these policies. I do not understand how I could reasonably trust them to now take the complete opposite side of an issue that has been so polarizing.

11. Because of G&E's conflict of interest, I do not consent to their representation in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2025.

Brian Craig