# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STATE BOARD OF ADMINISTRATION OF FLORIDA,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, et al.<br><br>Defendants. | Case No. 2:25-cv-00135-JLB-KCD |

## NOTICE OF FILING MOTION TO CONSOLIDATE

Plaintiff Portia McCollum, pursuant to Local Rule 1.07(b) files a copy of the joint motion to consolidate filed in *McCollum v. Target Corporation et al.*, Case No. 2:25-cv-00021-JLB-KCD and *Murphy v. Cornell et al.*, 2:25-cv-00062-JLB-KCD.


Dated: June 13, 2025

Respectfully submitted,

**COOK LAW, P.A.**

*/s/ William J. Cook*
William J. Cook
Florida Bar No. 986194
610 East Zack Street, Suite 505
Tampa, FL 33602
(813) 489-1001
wcook@cooklawfla.com

*Counsel for Plaintiff McCollum*
*and [Proposed] Liaison Counsel*

1

OF COUNSEL:

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
vl@rl-legal.com

*Counsel for Plaintiff McCollum
and [Proposed] Co-Lead Counsel*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Facsimile: (267) 507-6048
jgrabar@grabarlaw.com

*Additional Counsel for Plaintiff McCollum*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was furnished to all

counsel via filing with this Court's CM/ECF system on June 13, 2025.

*/s/ William J. Cook*
William J. Cook