# EXHIBIT B

Corporation's records, facilities, personnel and outside advisors, and retain outside counsel, auditors and other consultants to advise the Committee for that purpose. . . .

**5. Reporting to the Board**. Provide the Board with regular reports of the activities of the Committee.

**6. Consultants and Advisors**. Possess the sole authority to retain or terminate, as it deems necessary or appropriate, outside counsel, auditors and other consultants or outside advisors to assist in discharging its responsibilities. The Corporation will provide appropriate funding, as determined by the Committee, for payment of any resource engaged for this purpose, including the engagement of the independent auditor, and for all other administrative expenses necessary for the Committee to carry out its duties.

5. **7. Committee Evaluation**. Annually evaluate the performance of the Committee.

60. At all relevant times, the Audit & Risk Defendants (defined herein) were required to abide by the Audit & Risk Committee Charter.

## SUBSTANTIVE ALLEGATIONS

### *Background*

61.36. Incorporated in 1902, Target is a Minneapolis-based corporation that serves customers through its nearly 2,000 retail stores nationwide, as well as through its online platform, Target.com.

62.37. The majority of the Company's stores are larger than 170,000 square feet and offer a wide assortment of general merchandise and a full line of food items. Target's digital channels include a wide range of merchandise and food assortment, including items found in the stores and other additional items sold by Target and third parties.

31

63.38. The CompaniesCompany's five core merchandise categories are: (i) Apparel & Accessories; (ii) Food & Beverage; (iii) Home Furnishings & Décor; (iv) Beauty & Household Essentials; and (v) Hardlines.—

## The Company'sTHE DEI CAMPAIGN

### Target's InitiativeDEI History

39. Target has a long and unsuccessful history of launching DEI initiatives and campaigns—ranging from supporting nationwide initiatives and policies,—launching products in stores and online, and creating in-store policies.

64.40. During the last decade, the Company has hosted a number of initiatives to celebrate the LGBTQ community.[9] While the Company's first LGBTQ in-store campaign dates back to May 2012,[10] the number and scale of DEI initiatives began to increase in 2014, which coincided with the appointment of Defendant Cornell to Chairman and CEO of Target in 2014.—

65.41. As detailed herein, through the past decade, Target's LGBTQ initiatives have received criticism and backlash from both sides of the political spectrum.

66.42. In August 2014, Target signed an amicus brief in support of marriage

---

[9] Meyersohn, *supra* note 2.
[10] Janet Moore, *Line of Target T-shirts to Support Gay Pride*, THE MINN. STAR TRIB. (May 22, 2012), https://www.startribune.com/line-of-target-t-shirts-to-support-gay-pride/152818315

equality.[11]

67.43. In June 2015, Target launched its Pride Month campaign, titled "#TakePride," which consisted of a line of apparel and accessories with the Company's logo in rainbow that could be purchased online or in stores.[12] Also in June 2015, the Company posted a "Pride Manifesto" to its website, which has since been removed.[13]

68.44. The Company also announced in June 2015 that it was partnering with an activist group called Gay, Lesbian and Straight Education Network ("GLSEN"), an organization that focuses on school initiatives concerning LGBTQ individuals, to produce "a mini-documentary highlighting the work of students, educators and volunteers who have improved school climate for lesbian, gay, bisexual and transgender (LGBT) youth across the country."[14]

69.45. In August 2015, Target announced that they were getting rid of gender based signage in its stores, including in the toys, home, and entertainment

[11] TARGET, *Target Signs Amicus Brief on Marriage Equality* (Aug. 5, 2014), https://corporate.target.com/news-features/article/2014/08/target-signs-amicus-brief-marriage-equality?clkid=8d5d3465N3a9f11eda8fea3d0c33f3305&cpng=PTID1&lnm=81938&afid=intent X%20Inc.&ref=tgt_adv_xasd0002.
[12] Cory Fernandez, *Daily Crush: #TakePride Campaign by Target*, OUT (Jun. 9, 2015), https://www.out.com/truman-says/2015/6/09/target-launches-takepride-campaign-pride-month?page=10#toggle-gdpr.
[13] Adele Chapin, *Target Aligns Itself More Strongly with the LGBT Community*, RACKED (Sep. 10, 205), https://www.racked.com/2015/9/10/9306249/target-equality-act.
[14] GLSEN, *GLSEN and Target Team Up for 25th Anniversary Documentary* (Jun. 2, 2015), https://www.glsen.org/news/glsen-and-target-team-25th-anniversary-documentary.

departments.[15] The Company alleged that these changes were being made after receiving concerns from customers regarding the gender-based signs. ~~Id.~~

~~70.~~46. In September 2015, Target announced that it signed on in support of the "Equality Act," which was federal legislation introduced to ban housing, employment, and other types of discrimination based on sexual orientation or gender identity.[16]

~~71.~~47. In 2015 and 2016, Target was named a "platinum" National Corporate Partner of the Human Rights Campaign ("HRC"), which is a designation offered to companies that demonstrate a high level of commitment to equality.[17] Additionally, Target received a 100 on HRC Foundation's Corporate Equality Index, the national benchmarking tool on corporate policies and practices pertinent to LGBT employees. ~~Id.~~

~~72.~~48. In April 2016, in response to North Carolina legislation that limited multi-occupancy bathrooms to occupants of the same sex, the Company announced a new policy that allowed "transgender team members and guests to

---

[15] ~~Kathryn Robinson, *Target Ditches Gender Labels on Toys, Home, and Entertainment*, NBC NEWS (Aug. 9, 2015), https://www.nbcnews.com/news/us-news/target-ditches-gendered-labels-toys-home-entertainment-n406741.~~

[16] ~~TARGET, *Stronger Together: Target Signs on in Support of the Equality Act* (Sep. 10, 2015), https://corporate.target.com/news-features/article/2015/09/equality-act.~~

[17] ~~Beck Bailey, *Target Affirms Trans-Inclusive Policies, Makes Powerful Statement During Surge of Anti-LGBT Bills*, HUM. RTS. CAMPAIGN (Apr. 20, 2016), https://web.archive.org/web/20160423090807/http://www.hrc.org/blog/target-affirms-trans-inclusive-policies-makes-powerful-statement-during-sur; HUM. RTS. CAMPAIGN, *National Corporate Partners*, https://web.archive.org/web/20160415030632/http://hrcnationaldinner.org/sponsors/partners (last visited Dec. 23, 2024).~~

use the restroom or fitting room facility that corresponds with their gender identity."[18]

73.49. Within weeks, more than 550,000 people signed a pledge to boycott Target.[19] The policy ultimately led to more than one million people pledging to boycott the Company and a decline in shopper traffic, resulting in the Company's sales falling 7.2% for the quarter.[20] Target also responded to the backlash by spending $20 million to install new single-occupancy bathrooms. *Id.* Furthermore, the boycotts resulted in Target's stock value falling more than 35%.[21]

50. However, the Company continued on with its LGBTQ initiatives even after the boycotts and backlash.

74.51. In 2017, the Company again launched a Pride Month campaign with similar products to the 2016 #TakePride campaign. *Id.* Coming on the heels of the bathroom policy, this 2017 campaign was not well-perceived by certain groups, with one critic stating the following:

"I would think Target would have learned their lesson about participating in

---

[18] Stephen Peters, *More Than 100 Major CEOs & Business Leaders Urge North Carolina to Repeal Anti-LGBT Law*, HUM. RTS. CAMPAIGN (Mar. 31, 2016), https://www.hrc.org/press-releases/more-than-100-major-ceos-business-leaders-demand-north-carolina-repeal-radi; TARGET, *Continuing to Stand for Inclusivity* (Apr. 19, 2016), https://corporate.target.com/news-features/article/2016/04/target-stands-inclusivity.

[19] Dana Farrington, *Petition Calls for Boycott of Targets 'Inclusive' Bathroom Policy*, NPR (Apr. 25, 2016), https://www.npr.org/sections/thetwo-way/2016/04/25/475624646/petition-calls-for-boycott-of-targets-inclusive-bathroom-policy.

[20] Hayley Peterson, *The Target Boycott is Costing More Than Anyone Expected*, BUS. INSIDER (Aug. 24, 2016), https://www.businessinsider.com/target-boycott-costs-20-million-2016-8.

[21] Elena Cherubini, *Target Doubles Down on Pride Celebrations Despite Anti-LGBT Boycott*, LGBTQ+ INST. (May 15, 2017), https://www.lgbtqinstitute.org/news/2017/5/15/target-doubles-down-on-pride-celebrations-despite-anti-lgbt-boycott.

35

aggressive LGBT activism from the backlash they received from their open bathroom policy last year, yet they seem not to have learned that lesson," said Peter Sprigg, of Family Research Council (FRC).

"They ~~don't~~don't understand that those people who signed up to boycott Target are not going to be any happier with the Take Pride merchandise that ~~they're~~they're offering."~~[22]~~.

~~75.~~52. In 2018, the Company again launched merchandise to support the LGBTQ community and received backlash for one Pride-themed shirt in particular, as the artist accused the Company of stealing his design and putting it onto the shirt.[23]

~~76.~~53. Each year, the Company's Pride Month campaigns continued to grow in size. In 2020, the Company launched a robust pride campaign, which included a collection of more than 90 products that were sold online and in nearly 500 stores across the country.[24] The Company also disclosed that Target's Pride+ Business Council, which is an "HQ-based team member resource group" planned internal programming for employees, including online panels, team member testimonials, and more, to help the Company's team members come together to honor Pride Month. *Id.* Target also donated $100,000 to GLSEN. *Id.*

~~77.~~54. In November of 2020, in response to Twitter activists, Target banned

---

[22] ~~THE CHRISTIAN BROAD. NETWORK, *Target at it Again, Pushing Pro-LGBT Agenda* (May 12, 2017), https://cbn.com/news/us/target-it-again-pushing-pro-lgbt-agenda.~~
[23] ~~Kate Taylor, *Target Quietly Removes a T-Shirt from its Website After Being Accused of 'Stealing the Art of a Gay Mexican Artist,'* BUS. INSIDER (May 16, 2018), https://www.businessinsider.com/target-accused-of-stealing-design-stops-selling-shirt-2018-5.~~
[24] ~~TARGET, *Here's How Target's Helping Guests and Team Members Honor Pride Month* (Jun. 11, 2020), https://corporate.target.com/news-features/article/2020/06/pride?clkid=8d5d3465N3a9f11eda8fea3d0e33f3305&cpng=PTID1&lnm=81938&afid=intentX%20Inc.&ref=tgt_adv_xasd0002.~~

two books that contained viewpoints that were skeptical of prevailing LGBT beliefs.[25] This ban caused backlash from the public, which resulted in Target reversing the ban the very next day. *Id.* However, in June 2020, the books once again were taken off Target.com, seemingly due to Target's new "Book Content Guidelines," which were published on Target's corporate governance section of its website. *Id.* These guidelines state, in relevant part:

> As a bookseller, our assortment represents the varied and diverse perspectives of our guests. However, we can decide not to sell certain content, including pornography, erotica, sexually explicit content, obscenity, some forms of satire, other inappropriate content, and any content that is illegal, infringing, harmful or potentially harmful.

> Harmful or potentially harmful content is defined as:

> • Content that has the potential to cause harm to an individual or group of people based on race, ethnicity, national origin, sex, sexual orientation, gender, gender identity, religion, or disability, including content that could incite violence, harmful stereotypes or derogatory language, statements of inferiority, medical misinformation, or calls for exclusion or segregation without any historical context or significance. Target reserves the right to make a determination on the historical value of the item. . ..[26]…

55. This book ban and Target's new book content guidelines resulted in further backlash.[27]

---

[25] Charles Bowyer & Jerry Bowyer, *Target Hits Books*, NAT'L REV. (Jul. 30, 2021), https://www.nationalreview.com/2024/12/motivated-reasoning-has-no-home-here/?utm_source=onsite&utm_medium=nri&utm_campaign=december&utm_term=geraghty.

[26] TARGET, *Book Content Guidelines*, https://corporate.target.com/sustainability-governance/responsible-supply-chains/suppliers/book-content-guidelines (last visited Dec. 23, 2024).

[27] Bowyer, *supra* note 25; Madeline Osburn, *Target Swiftly Bans Books on Behalf of Anonymous Twitter User Crying 'Transphobia,'* THE FEDERALIST (Nov. 13, 2020),

79.56. However, Target continued on with its DEI initiatives. In 2021, Target again launched a Pride Month campaign in June, which consisted of "over 150 inclusive products available in all stores and on Target.com. (Hint: It offers even more ways to help you celebrate at home, with home décor like decorative lights and scented candles on top of our guest-favorite apparel assortment)."[28] Target also donated $100,000 to GSLEN and donated and volunteered hours to other organizations, including HRC. *Id.* Furthermore, the Pride+ Business Council facilitated opportunities and events for the Company's team members. *Id.*

80.57. Target's 2021 Pride Month collection received backlash from various groups, with some critiquing the aesthetics of the collection and others alleging that Target missed the mark entirely on the LGBTQ messaging.[29] Some customers called the collection homophobic and "out of touch."[30] Many customers critiqued one of the Company's T-shirts, listed on Target.com as a "Pride Gender Inclusive Adult 'Pronouns' Short Sleeve Graphic T-Shirt," with one critic calling it "an

---

https://thefederalist.com/2020/11/13/target-swiftly-bans-book-on-behalf-of-anonymous-twitter-user-crying-transphobia/.

[28] TARGET, *Take Pride! Here's How Target's Recognizing Pride Month* (Jun. 2, 2021), https://corporate.target.com/news-features/article/2021/06/pride.

[29] Palmer Haasch, *TikTok Users are Roasting Pride Month Merchandise from Giant Corporations, Targeting 'Rainbow Capitalism,'* BUS. INSIDER (May 4, 2021), https://www.businessinsider.com/target-pride-month-collection-tiktok-ratings-2021-5.

[30] Gabriela Garcia-Astolfi, *Why Target Revamped Its 2022 Pride Collection After Criticism,* GLOSSY (Jun. 24, 2022), https://www.glossy.co/fashion/why-target-revamped-its-2022-pride-collection-after-criticism/.

invitation for 'allies' to misgender you on [sic] accident."[31]

81.58. In 2022, Target attempted to revamp its Pride Month initiatives and announced that it teamed up with LGBTQIA+ designers, entrepreneurs, and Target team members to design the Pride Month collection.[32] The collection was launched online and in stores and included 250+ items that were marketed as "designed by and for the LGBTQIA+ community." *Id.* Furthermore, the Target Pride+ Business Council put together a full lineup of Pride Month events. *Id.*

82.59. The 2022 Pride Month campaign received a more positive response than the 2021 collection, with Refinery 29 reporting that the collection was "Queer Tik Tok approved."[33]

83.60. Additionally, in 2022, Target donated $250,000 to GLSEN, which marked the 11th year of partnership between the two entities and $2.1 million total donated since the beginning of the partnership.[34]

### *Target's*The 2023 Pride Campaign

84.61. Despite the backlash received from both sides of the political spectrum in previous years, the Company launched its 2023 Pride Campaign, its largest Pride Month campaign yet.

---

[31] Haasch, *supra* note 29.

[32] TARGET, *Here's How Target's Celebrating Pride Month This June — and All Year* (Jun. 1, 2022), https://corporate.target.com/news-features/article/2022/06/pride#:~:text=Target%20donated%20$250%2C000%20donation%20to%20GLSEN%20to,accessible%20and%20antiracist%20spaces%20for%20LGBTQIA+%20students.

[33] Garcia-Astolfi, *supra* note 30.

[34] Haasch, *supra* note 29.

85.62. The 2023 Pride Collection included more than 2,000 products, including "'gender fluid' mugs, 'queer all year' calendars, and books for children aged 2-8 titled 'Bye Bye, Binary,' 'Pride 1,2,3' and 'I'm not a girl.'"[35] Other controversial products included: (a) products from the brand "Abprallen" and its association with designer Erick Carnell due to Carnell's designs with images of pentagrams, horned skulls, and other Satanic products; (b) a slogan sweater with the words "cure transphobia not trans people;" (c) a tote bag that said "too queer for here;" and (d) transgender swimsuits marketed as "tuck friendly."[36]

86.63. Upon releasing the 2023 Pride Campaign into stores, the backlash started immediately, with many consumers calling for a boycott of Target.[37] Many consumers were outraged with the products in the 2023 Pride Campaign targeted at children.[38] One account responded to the campaign by saying "it is highly inappropriate and disturbing. We hope there are enough parents out there that understand how wrong this is and show them that this garbage will not sell," while another said "Target deserves the Bud Light treatment. We will work to put pressure on them." Id.

---

[35] Meyersohn, *supra* note 2.

[36] Siddharth Cavale, *Target Removing Some LGBTQ Merchandise Following Customer Backlash*, REUTERS (May 24, 2023), https://www.reuters.com/business/retail-consumer/target-remove-some-lbgtq-merchandise-after-facing-customer-backlash-2023-05-23/.

[37] Abigail Anthony, *Target Sheds $9 Billion in Market Cap Amid Backlash Over 'PRIDE' Collection*, NAT'L REV. (May 25, 2023), https://www.nationalreview.com/news/target-sheds-9-billion-in-market-cap-amid-backlash-over-pride-collection/.

[38] Ariel Zilber, *Target's 'Tuck-Friendly' Swimwear for Kids Sparks Outcry: 'Bud Light 2.0,'* N.Y. POST (May 19, 2023), https://nypost.com/2023/05/19/targets-tuck-friendly-swimwear-for-kids-sparks-controversy/.

2.64.  Target also claimed that employees were experiencing threats while at work due to outrage over the 2023 Pride Campaign.[39] As a result of the outrage and calls for boycotts, Target lost $9 billion in market value within one week of the online controversy. *Id.*

87.65. At first, the Company doubled down on its 2023 Pride Campaign. On May 17, 2023, in an interview, when asked about the backlash about various social justice campaigns, including the 2023 Pride Campaign, were receiving, Defendant Cornell defended the Company's initiatives and the 2023 Pride Campaign, stating, in relevant part, "I think those are just good business decisions, and it's the right thing for society, and it's the great thing for our brand."[40]

88.66. However, the Company began to back track on its 2023 Pride Campaign within weeks.

89.67. On May 23, 2023, Fox News published an article where a "Target insider" revealed that there were "emergency" calls held with managers and district senior directors where they were told by the Company to "tamp down" the Pride sections immediately.[41] The insider said that they "were given 36 hours to take all of our Pride stuff, the entire section, and move it into a section that's a third

---

[39] Anthony, *supra* note 37.

[40] Ariel Zilber, *Target CEO Defends LGBTQ-Friendly Kids Clothing Amid Boycott Calls: 'The Right Thing for Society,'* N.Y. POST (May 23, 2023), https://nypost.com/2023/05/23/target-ceo-defends-woke-capitalism-in-face-of-boycott-calls/.

[41] Brian Flood, *Target Holds 'Emergency' Meeting Over LGBTQ Merchandise in Some Stores to Avoid 'Bud Light Situation,'* FOX NEWS (May 23, 2023), https://www.foxnews.com/media/target-holds-emergency-meeting-lgbtq-pride-merchandise-stores-avoid-bud-light-situation.

41

the size. From the front of the store to the back of the store, you can't have anything on mannequins and no large signage." ~~Id.~~

90.68. The article went on, stating:

> The insider, who has worked at the retailer for almost two decades, said Target rarely makes such hasty decisions. They said Friday's call began with roughly 10 minutes on ~~"~~"how to deal with team member safety~~"~~" because of the amount of backlash the Pride merchandise has generated, noting that Target Asset Protect & Corporate Security teams were present on the call.

~~Id.~~

3.69. Then, on May 24, 2023, the Company announced that it was scaling back its 2023 Pride Campaign due to the backlash, stating:

> For more than a decade, Target has offered an assortment of products aimed at celebrating Pride Month. Since introducing this ~~year's~~year's collection, ~~we've~~we've experienced threats impacting our team ~~members'~~members' sense of safety and well-being while at work. Given these volatile circumstances, we are making adjustments to our plans, including removing items that have been at the center of the most significant confrontational behavior. Our focus now is on moving forward with our continuing commitment to the LGBTQIA+ community and standing with them as we celebrate Pride Month and throughout the year.[42]

91.70. Although much of the backlash received was from the conservative and religious right, the Company's decision to scale back the 2023 Pride Campaign also resulted in critiques from the left, with many saying the decision highlighted

---

[42] ~~Target Statement on 2023 Pride Collection, supra note 5.~~

the problem of "rainbow capitalism."[43] A transgender designer stated that "it's a very dangerous precedent to set, that if people just get riled up enough about the products you're selling, you can completely distance yourself from the LGBT community, when and if it's convenient." *Id.*

92.71. Additionally, Bob Witeck, the president of an organization that specializes in LGBTQ+ related communications, stated that Target's decision to backtrack "mountsamounts to walking away from its own previously stated values, suggesting hypocrisy and risking rejection from all corners."[44]

**The Individual Defendants Knew, or Should Have Known, the The Risks of the 2023 Pride Campaign**

93.72. As detailed above, Target faced backlash due to numerous LGBTQ+ initiatives from 2014 up until 2023 when the 2023 Pride Campaign was launched. As such, the risk of a campaign of this magnitude was well known to the Company. The Individual Defendants, as members of the Board and officers of the Company, were, or should have been, informed of previous unsuccessful initiatives.

94.73. Furthermore, numerous other large companies experienced similar public backlash for a variety of DEI initiatives. For instance, just weeks before Target launched its 2023 Pride Campaign, Anheuser-Busch partnered with a transgender influencer, Dylan Mulvaney, for a promotion campaign, which

---

[43] Helen Reid, *Target Pride Backlash Exposes 'Rainbow Capitalism' Problem, Designer Says,* YAHOO! FIN. (May 31, 2023), https://finance.yahoo.com/news/target-pride-backlash-exposes-rainbow-080342807.html.

[44] Daphne Howland, *How Target Went From Loud and Proud – to Silent*, RETAIL DIVE (Jun. 5, 2023), https://www.retaildive.com/news/target-pride-month-boycott-backlash/651329/.

resulted in severe backlash on social media and a boycott by many customers.[45] Early reports indicated that sales of Bud Light dipped following the campaign and Anheuser-Busch's stock price dropped slightly.[46]

95.74. There were also several previous DEI and ESG initiatives over the past decade that should have been cautionary tales for Target, including Hershey's[47] and Jack Daniel's,[48] among many others.

96.75. As such, the Individual Defendants knew, or should have known, that the Company's DEI and ESG initiatives, and the 2023 Pride Campaign specifically, posed significant risks to the Company.

*Individual Defendants' Materially False and Misleading Statements*

**MATERIALLY FALSE AND/OR MISLEADING STATEMENTS**

97.76. Throughout 2022 and 2023, the Individual Defendants made materially false and/or misleading statements and failed to disclose material adverse facts regarding the Company's DEI and ESG initiatives, and the 2023

---

[45] *Id.*; Emily Stewart, *The Bud Light Boycott, Explained as Much as is Possible*, VOX (last updated Jun. 30, 2023), https://www.vox.com/money/2023/4/12/23680135/bud-light-boycott-dylan-mulvaney-travis-tritt-trans.

[46] Stewart, *supra* note 45.

[47] *See* Michael Bartiromo, *Hershey Responds to Backlash Over Women's Day Campaign Featuring Trans Activist,* NEWS NATION (Mar. 3, 2023), https://www.newsnationnow.com/nmw/hershey-responds-to-backlash-over-womens-day-campaign-featuring-trans-activist/ (consumers called for a boycott of Hershey after Hershey Canada announced that it was releasing limited-edition chocolate bars featuring the likeness of five Canadian women, one of which was a trans women).

[48] *See* Aleks Phillips, *Jack Daniels Faces Boycott Calls Over LGBT Campaign: 'Lost a Loyal Drinker,'* NEWSWEEK (Apr. 6, 2023), https://www.newsweek.com/jack-daniels-whiskey-boycott-calls-lgbt-campaign-1792890 (Jack Daniel's removed its "small town, big pride" campaign, which teamed up with drag queens to promote the liquor, from its website after many boycotted the products).

44

Pride Campaign specifically.

**Risk Statements**

98. 77. The Company did not disclose to stockholders the known risk of adverse customer and stockholder reactions to its ESG and DEI initiatives, and the LGBTQ initiatives specifically. Rather, the Company posed any potential risks to the Company from the ESG and DEI initiatives as merely hypothetical.

99. 78. For instance, the "Risk Factors" section of the Company's 2021 annual report filed on a Form 10-K with the SEC on March 9, 2022 (the "2021 10-K"), stated, in relevant part:

> Our continued success is dependent on positive perceptions of Target which, if eroded, could adversely affect our business and our relationships with our guests and team members.
>
> We believe that one of the reasons our shareholders, guests, team members, and vendors choose Target is the positive reputation we have built over many years for serving those constituencies and the communities in which we operate. To be successful in the future, we must continue to preserve Target'sTarget's reputation. Our reputation is based in large part on perceptions, both about us and others with whom we do business, and broad access to social media makes it easy for anyone to provide public feedback that can influence perceptions of Target. It may be difficult to control negative publicity, regardless of whether it is accurate. Target's responses to crises and our position or perceived lack of position on environmental, social, and governance (ESG) matters, such as sustainability, responsible sourcing, and diversity, equity, and inclusion (DE&I), and any perceived lack of transparency about those matters, could harm our reputation. While reputations may take decades to build, negative incidents involving us or others with whom we do business can quickly erode trust and confidence and can result in consumer boycotts, workforce unrest or walkouts, government investigations, or litigation. . . . .

45

2021 10-K at 7 (Emphasis added).

100.79.    The 2021 10-K was signed by Defendants Cornell and Fiddelke in their capacity as CEO and CFO, respectively, and by Defendant Fiddelke, as power of attorney on behalf of Defendants Abney, Baker, Barrett, Boudreaux, Edwards, Healey, Knauss, Leahy, Lozano, Rice, and Stockton. The 2021 10-K was also accompanied by certifications made by Defendants Cornell and Fiddelke pursuant to Sections 13(a) and 15(d) of the Exchange Act and Section 302 of the Sarbanes-Oxley Act of 2002 (the "SOX Certifications"). In the SOX Certifications, Defendants Cornell and Fiddelke attested to the accuracy of the 2021 10-K.

101.80.    Additionally, the risk factor statements from the 2021 10-K were incorporated by reference into the Company's quarterly reports, filed with the SEC on Form 10-Qs, on May 27, 2022 (the "1Q22 10-Q"), August 6, 2022 (the "2Q22 10-Q"), and November 23, 2022 (the "3Q22 10-Q"), with each Form 10-Q stating that "there have been no material changes to the risk factors described [in the 2021 10-K]."

102.81.    The 1Q22 10-Q, 2Q22 10-Q, and 3Q22 10-Q were each signed by Defendant Fiddelke and were accompanied by SOX Certifications from Defendants Cornell and Fiddelke.

103.82.    Furthermore, the Company's 2022 annual report, filed on a Form 10-K with the SEC on March 8, 2023 (the "2022 10-K"), did not disclose the risks faced by the Company in connection with its ESG and DEI initiatives. The 2022 10-K again sidestepped the issue and included vague statements of risks to the

46

Company. The "Risk Factors" section of the 2022 10-K stated, in relevant part:

> Our continued success is dependent on positive perceptions of Target which, if eroded, could adversely affect our business and our relationships with our guests and team members.
>
> We believe that one of the reasons our shareholders, guests, team members, and vendors choose Target is the positive reputation we have built over many years for serving those constituencies and the communities in which we operate. To be successful in the future, we must continue to preserve **Target's** reputation. Our reputation is largely based on perceptions. It may be difficult to address negative publicity across media channels, regardless of whether it is accurate. Negative incidents involving us, our workforce, or others with whom we do business could quickly erode trust and confidence and result in consumer boycotts, workforce unrest or walkouts, government investigations, and litigation. Negative reputational incidents or negative perceptions of us could adversely affect our business and results of operations, including through lower sales, the termination of business relationships, loss of new store and development opportunities, and team member retention and recruiting difficulties.
>
> In addition, stakeholder expectations regarding environmental, social, and governance matters continue to evolve and are not uniform. We have established, and may continue to establish, various goals and initiatives on these matters, including with respect to diversity, equity, and inclusion topics. We cannot guarantee that we will achieve these goals and initiatives. Any failure, or perceived failure, by us to achieve these goals and initiatives or to otherwise meet evolving and varied stakeholder expectations could adversely affect our reputation and result in legal and regulatory proceedings against us. Any of these outcomes could negatively impact our results of operations and financial condition.

2022 10-K at 8 (Emphasis added).

~~104.~~83.    The 2022 10-K was signed by Defendants Cornell and Fiddelke in their capacity as CEO and CFO, respectively, and by Defendant Fiddelke, as power of attorney on behalf of Defendants Abney, Baker, Barrett, Boudreaux,

Edwards, Healey, Knauss, Leahy, Lozano, Puma, Rice, and Stockton. The 2022 10-K was also accompanied by SOX Certifications made by Defendants Cornell and Fiddelke, wherein they attested to the accuracy of the 2022 10-K.

~~105.~~84.  The risk factor statements contained in the 2022 10-K were incorporated into the Company's quarterly reports filed with the SEC on Form 10-Qs on May 26, 2023 (the "2Q23 10-Q") and August 25, 2023 (the "3Q23 10-Q"), with each Form 10-Q stating that "there have been no material changes to the risk factors [in the 2022 10-K]."

85.  The 2Q23 10-Q and 3Q23 10-Q were each signed by Defendant Fiddelke and accompanied by SOX Certifications from Defendants Cornell and Fiddelke.

~~106.~~86.  The above-referenced statements ~~contained in ¶¶ 110, 112, 113, and 116~~ were materially false and misleading because Target failed to disclose the risk of potential adverse customer and shareholder reactions to the Company's ESG and DEI mandates. Specifically, the 2021 10-K, 2022 10-K, and the Form 10-Qs that incorporated each, failed to mention the risks associated with the Company's Pride Month campaigns, including the 2023 Pride Campaign. The 2022 10-K also failed to disclose the risk of consumer boycotts and loss of sale associated with the Company's ESG and DEI initiatives, including the 2023 Pride Campaign.

b.  Pride Campaign ~~Risk Oversight Statements~~

107.87.    In addition to the risk factor statements above, the Company also issued materially false and misleading statements related to the Board's oversight of risks to the Company. Specifically, the Company made statements that the Board was overseeing ESG risks to the Company. However, the launch of 2023 Pride Campaign shows that the Board was not overseeing risks to the Company related to ESG anand DEI, or, if they were, was doing so ineffectively.

108.88.    For instance, the Company's proxy statement for the year 2022, which was filed on a Schedule 14A with the SEC on April 25, 2022 (the "2022 Proxy Statement"), contained materially false and misleading statements regarding risk oversight. The 2022 Proxy Statement began with a letter to shareholders from Defendant Lozano, which stated, in relevant part, "with the growing focus among stakeholders on how companies are addressing the risks and opportunities related to environmental, social, and governance (ESG) issues, the Board revised its committee structure in 2021, clarifying and enhancing our oversight of these matters." 2022 Proxy Statement at 3 (Emphasis added).

109.89.    In a section titled "Risk oversight," the 2022 Proxy Statement also stated:

> Oversight of the various risks we face in implementing our strategy is an integral and continuous part of the Board's oversight of our business. The Board, each Committee, and management have specific roles and responsibilities with respect to those risks.
>
> **The Board and its Committees**
>
> The Board provides oversight of overall risks, with emphasis on

strategic risks, which occurs as an integral and continuous part of the Board's oversight of our business and seeks to ensure that management has processes in place to appropriately manage risk. For example, our principal strategic risks are reviewed as part of the Board's regular discussion and consideration of our strategy, including the development and monitoring of specific initiatives and their overall alignment with our strategy. Similarly, at every meeting the Board reviews the principal factors influencing our operating results, including the competitive environment, and discusses with our senior executive officers the major events, activities, and challenges affecting Target.

*Id.* at 14.

110.90.    Furthermore, the 2022 Proxy Statement contained a section on

"Sustainability & ESG," which stated, in relevant part:

We engage with a diverse group of stakeholders around the world, including the people who manufacture the products we sell, the Team Members who welcome our guests, the communities where we work, the nonprofits that work with us, and the investors who make our work possible. Their perspectives are one of a variety of factors we consider as we analyze which ESG matters to prioritize in determining and evaluating our sustainability strategy.

*Id.* at 15 (Emphasis added).

111.91.    Additionally, the Sustainability & ESG section of the 2022

Proxy Statement contained a chart of what oversight areas of ESG matters the

Board and its committees were responsible for. Notably, this chart stated that

the Board is responsible for "top ESG risks" and "reputation management" and

that the Governance & Sustainability Committee is responsible for "social and

political issues and risks not allocated to other Committees." *Id.* at 15-16.

**Responsible        Oversight areas for ESG matters**

50

| Responsible party | Oversight areas for ESG matters |
|---|---|
| Board | • Sustainability and ESG strategy (through oversight of our business strategy and annual strategic priorities) <br> • Top ESG risks <br> • Reputation management <br> • Crisis management and response <br> • Organizational team health |
| Audit & Risk Committee | • Compliance and ethics <br> • Supply chain ESG, including vendor human capital and responsible sourcing practices <br> • Cybersecurity and information security <br> • Privacy <br> • Product and food safety |

TARGET CORPORATION ● 2022 Proxy Statement       15

| Responsible party | Oversight areas for ESG matters |
|---|---|
| Governance & Sustainability Committee | • Overall approach to significant sustainability and ESG matters (including strategy, prioritization, monitoring, and external reporting) <br> • Environmental stewardship practices (including climate and energy, waste, natural resources, and chemicals) <br> • Social and political issues and risks not allocated to other Committees |

| | • Philanthropy and community engagement |
| | • Policies and practices regarding public policy and political activities |
| Compensation & Human Capital Management Committee | • DE&I |
| | • Culture and employee engagement |
| | • Pay equity |
| | • Broad-based compensation and benefits |
| | • Growth and development |
| | • Purpose and values |

| Responsible party | Oversight areas for ESG matters |
| --- | --- |
| Board | • Sustainability and ESG strategy (through oversight of our business strategy and annual strategic priorities)<br>• Top ESG risks<br>• Reputation management<br>• Crisis management and response<br>• Organizational team health |
| Audit & Risk Committee | • Compliance and ethics<br>• Supply chain ESG, including vendor human capital and responsible sourcing practices<br>• Cybersecurity and information security<br>• Privacy<br>• Product and food safety |

**TARGET CORPORATION ⊙ 2022 Proxy Statement** 15

| Responsible party | Oversight areas for ESG matters |
| --- | --- |
| Governance & Sustainability Committee | • Overall approach to significant sustainability and ESG matters (including strategy, prioritization, monitoring, and external reporting)<br>• Environmental stewardship practices (including climate and energy, waste, natural resources, and chemicals)<br>• Social and political issues and risks not allocated to other Committees<br>• Philanthropy and community engagement<br>• Policies and practices regarding public policy and political activities |
| Compensation & Human Capital Management Committee | • DE&I<br>• Culture and employee engagement<br>• Pay equity<br>• Broad-based compensation and benefits<br>• Growth and development<br>• Purpose and values |

112.92.    The Sustainability & ESG section of the 2022 Proxy Statement also directed shareholders to the Company's annual ESG report, stating that "we report ESG matters in our annual Corporate Responsibility Report, which has extensive information on specific ESG topics." The Company's 2022 Environmental, Social and Governance Report (the "2022 ESG Report"), which was publicly posted on Target's—website, stated that "the Governance & Sustainability Committee of our Board is charged with overseeing our policies and practices regarding public policy advocacy and political activities." *Id. at 16.*

113.93.    The Company's proxy statement for 2023, filed on a Schedule 14A with the SEC on May 1, 2023 (the "2023 Proxy Statement"), contained substantially similar statements regarding the Board's and management's oversight over risks to the Company. The "Risk oversight" section stated, in relevant part:

> The Board provides oversight of overall risks and seeks to ensure that our Leadership Team has processes in place to appropriately manage risk. Strategic risks are emphasized within that overall risk oversight responsibility because they are an integral and ongoing part of the Board's oversight of our business. For example, our principal strategic risks are reviewed as part of the Board's regular discussion and consideration of our strategy, including the development and monitoring of specific initiatives and their overall alignment with our strategy. Similarly, at every meeting the Board reviews the principal factors influencing our operating results, including the competitive environment, and discusses with our Leadership Team the major events, activities, and challenges affecting Target.

2023 Proxy Statement at 14.

114.94.    The 2023 Proxy Statement contained an identical

53

"Sustainability & ESG" section, stating, in relevant part:

> We engage with a diverse group of stakeholders around the world, including the people who manufacture the products we sell, the Team Members who welcome our guests, the communities where we work, the nonprofits that work with us, and the investors who make our work possible. Their perspectives are one of a variety of factors we consider as we analyze which ESG matters to prioritize in determining and evaluating our sustainability strategy.

*Id.* at 15.

115.95.     Furthermore, the Sustainability & ESG section of the 2023 Proxy Statement contained an ESG oversight chart, which stated that the Board is responsible for "sustainability and ESG risks (through oversight of our business strategy and top enterprise risks)" and "reputation management" and that the Governance & Sustainability Committee is responsible for "social and political issues and risks not allocated to other Committees." *Id.* at 15-16.

| Responsible party | Oversight areas for ESG matters |
|---|---|
| Board | • Sustainability and ESG strategy (through oversight of our business strategy and annual strategic priorities)<br>• Sustainability and ESG risks (through oversight of our business strategy and top enterprise risks)<br>• Reputation management<br>• Crisis management and response<br>• Organizational team health |

| Audit & Risk Committee | • Compliance and ethics |
| --- | --- |
| | • Supply chain ESG matters, including vendor human capital and responsible sourcing practices |
| | • Cybersecurity and information security |
| | • Privacy |
| | • Product and food safety |

**TARGET CORPORATION ●** 2023 Proxy Statement   **15**

| Responsible party | Oversight areas for ESG matters |
| --- | --- |
| Governance & Sustainability Committee | • Overall approach to significant sustainability and ESG matters (including strategy, prioritization, monitoring, and external reporting) |
| | • Environmental stewardship practices (including climate and energy, waste, natural resources, and chemicals) |
| | • Social and political issues and risks not allocated to other Committees |
| | • Philanthropy and community engagement |
| | • Policies and practices regarding public policy advocacy and political activities |

| Compensation & Human Capital Management Committee | • DE&I |
| | • Culture and Team Member engagement |
| | • Pay equity |
| | • Broad-based compensation and benefits |
| | • Growth and development |
| | • Purpose and values |

| Responsible party | Oversight areas for ESG matters |
|---|---|
| Board | •Sustainability and ESG strategy (through oversight of our business strategy and annual strategic priorities) <br> •Sustainability and ESG risks (through oversight of our business strategy and top enterprise risks) <br> •Reputation management <br> •Crisis management and response <br> •Organizational team health |
| Audit & Risk Committee | •Compliance and ethics <br> •Supply chain ESG matters, including vendor human capital and responsible sourcing practices <br> •Cybersecurity and information security <br> •Privacy <br> •Product and food safety |

TARGET CORPORATION ⊙ 2023 Proxy Statement     15

| Responsible party | Oversight areas for ESG matters |
|---|---|

| Governance & Sustainability Committee | •Overall approach to significant sustainability and ESG matters (including strategy, prioritization, monitoring, and external reporting)<br>•Environmental stewardship practices (including climate and energy, waste, natural resources, and chemicals)<br>•Social and political issues and risks not allocated to other Committees<br>•Philanthropy and community engagement<br>•Policies and practices regarding public policy advocacy and political activities |
| Compensation & Human Capital Management Committee | •DE&I<br>•Culture and Team Member engagement<br>•Pay equity<br>•Broad-based compensation and benefits<br>•Growth and development<br>•Purpose and values |

116.96.     The Sustainability & ESG section of the 2023 Proxy Statement also directed shareholders to the Company's annual ESG Report, which was publicly available on Target's website. The Company's 2023 Sustainability and Governance Report (the "2023 ESG Report") stated, in relevant part, that "our Board of Directors Governance & Sustainability Committee oversees our policies and practices regarding public policy advocacy and political activities." *Id. at 16.*

117.97.     The above-referenced statements in ¶¶ 120 through 128 were materially false and misleading because the Board and its committees were not properly overseeing ESG risks, and "political and social risks" specifically, as evinced by the Company launching the 2023 Pride Campaign, which resulted in severe backlash and harm to Target.

b.     **Shareholder Value Statements**

118.98. The 2022 Proxy Statement and the 2023 Proxy Statement also contained materially false and misleading statements regarding the Company's reasons for adopting its various ESG and DEI initiatives. Specifically, the proxy statements represented to shareholders that the Board was acting to advance shareholder interests in all of its decisions, including its decisions on DEI and ESG initiatives.

119.99. For instance, the 2022 Proxy Statement stated that the Board "maintain[s] flexibility to determine which leadership structure best serves the interests of Target and our shareholders." 2022 Proxy Statement at 10.

120.100. Furthermore, the 2022 Proxy Statement stated that the Board, through the Audit & Risk Committee, when considering any transaction that involved Target and one of its directors or executive officers where there is a direct or indirect material interest, must "prohibit any transaction it determines to be inconsistent with the interests of Target and its shareholders." Id. at 17.

121.101. The 2022 Proxy Statement also stated that the most important priority for the Company's capital allocation was to "fully invest in opportunities to profitability grow our business, create sustainable long-term value, and maintain our current operations and assets." Id.

122.102. The 2023 Proxy Statement contained nearly identical statements. The 2023 Proxy Statement stated:

> The Board has a fiduciary duty to act as it believes to be in the best interests of Target and its shareholders. To meet that duty, the Board

58

believes it is important to maintain the flexibility to determine which Board leadership structure best serves those interests as Target's needs and circumstances evolve.

2023 Proxy Statement at 71.

103. The 2023 Proxy Statement also stated, with respect to any related party transaction, that "the Audit & Risk Committee must prohibit any transaction it determines to be inconsistent with the interests of Target and its shareholders." *Id. at 18.*

104. The 2023 Proxy Statement again stated that the most important priority for the Company's capital allocation was to "fully invest in opportunities to profitability grow our business, create sustainable long-term value, and maintain our current operations and assets." *Id. at 17.*

105. These statements in the 2022 Proxy Statement and the 2023 Proxy Statement, coupled with the statements regarding the Company's ESG and DEI initiatives and risk oversight, would lead a reasonable shareholder to believe that every action the Company was taking, including with respect to its ESG and DEI initiatives, would be in the best interests of shareholders and would increase shareholder value.

106. However, the above-referenced were materially false and misleading because, in reality, Target insiders were implementing the DEI and ESG initiatives, including the 2023 Pride Campaign, to benefit themselves and external stakeholders, such as GLSEN and

59

HRC, and were not in the best interests of shareholders. Furthermore, the Company's public filings, including proxy statements, annual reports, and earnings releases, are devoid of anything to show that the various ESG and DEI initiatives actually contributed to the Company's financial growth. Conversely, the reduced profits caused by the 2023 Pride Campaign show that certain DEI and ESG initiatives had the opposite effect on profits and shareholder value, which the Board and management knew, or should have known, based on prior ill- perceived initiatives.

**e.**     **Executive Compensation Statements**

127.107.     The 2022 Proxy Statement and 2023 Proxy Statement each sought shareholder approval of the Company's executive compensation plans. In connection with this, the proxy statements alleged that the executive compensation plans aligned with maximizing shareholder value.

128.108.     The 2022 Proxy Statement stated, in relevant part:

> Our compensation programs are structured to align the interests of our executive officers with the interests of our shareholders. They are designed to attract, retain, and motivate a premier management team to sustain our distinctive brand and its competitive advantage in the marketplace, and to provide a framework that encourages outstanding financial results and shareholder returns over the long term. Shareholders are urged to read the CD&A, which discusses in-depth how our executive compensation programs are aligned with our performance and the creation of shareholder value.

2022 Proxy Statement at 67.

109.   The 2023 Proxy Statement stated, in relevant part:
129.

We believe executive compensation should be directly linked to performance and long-term value creation for our shareholders. With that in mind, three principles guide our compensation program:

• Deliver on our pay for performance philosophy in support of our strategy.

• Provide a framework that encourages outstanding financial results and shareholder returns over the long-term.

• Attract, retain, and motivate a premier management team to sustain our distinctive brand and its competitive advantage in the marketplace.

A significant portion of our executive compensation is at risk, so the actual compensation realized by our NEOs may vary from targeted compensation based upon the level of achievement of specified performance objectives and stock price performance.

2023 Proxy Statement at 39.

130.110.   These statements would lead a reasonable shareholder to believe that the Company's executive compensation plans were aligned with advancing shareholder value, as measure by financial performance. However, in reality, Target's executive compensation plans were based on its executives satisfying DEI goals, which, as detailed above, did not actually maximize shareholder value. For instance, the 2022 Proxy Statement states bonuses are tied to "team scorecards" (2022 Proxy Statement at 53, 55), and the 2021 team scorecard assessment notes "[p]ositive progress on three-year enterprise DE&I goals [and] [w]e met or exceeded our ambitious goals for representation, advancement, and experience." *Id.* at 43.

131.111.    Per the 2022 Proxy Statement and 2023 Proxy Statement, executive compensation plans were tied to DEI goals, which the Individual Defendants knew were not in the best interest of the Company.

132.112.    Under a section titled "Pay for performance," the 2022 Proxy Statement states "consistent with our guiding principles, 92% of CEO Annual TDC and 83% of other NEO [Named Executive Officer] Annual TDC [total direct compensation] is performance-based." *Id. at 37.* Furthermore, this section goes on to state:

> The following pay elements are performance-based and represent a significant percentage of Annual TDC. The payout ranges below are based on awards outstanding as of the end of Fiscal 2021.
>
> • STIP — Payouts range from 0% to 200% of goal depending on Sales, Incentive Operating Income, and the assessment of the Team Scorecard. . . .

*Id.* (Emphasis added).

133.113.    However, STIP is not immediately defined. Six pages later, the 2022 Proxy Statement stated that:

> The team scorecard provides a general structure for discussing and measuring performance of the management team as a group. . . . For Fiscal 2021, the primary team scorecard progress indicators included: hold 2020 market share gains, advance progress on three-year enterprise DE&I goals, maintain strong team engagement, increase utilization of same-day fulfillment services, and increase guest engagement with Target Circle."

*Id.* at 43 (Emphasis added).

134.114.    The 2023 Proxy Statement made substantially similar

statements regarding executive compensation. ~~See 2023 Proxy Statement at 39, 40, 44.~~

~~135.~~115.     This explanation of what was included in the "Team Scorecard" reveals that the executive compensation plans were, in part, tied to the Company meeting certain DEI goals. As established above, the DEI initiatives were not actually implemented by the Company in order to maximize shareholder value.

~~136.~~116.     As such, the <u>above-referenced</u> statements ~~in ¶¶ 140 and 141~~ were materially false and misleading because, as Target's executive compensation plans were actually tied to meeting DEI goals, the executive compensation plans were not designed to maximize shareholder value.

**Statements ~~on~~Regarding Consumer Boycotts and Lost Profits ~~Following the 2023 Pride Campaign~~**

~~137.~~117.     After the 2023 Pride Campaign was launched and the Company started to receive backlash, Target, and Defendant Cornell ~~specifically,~~ downplayed the severity of the effects the 2023 Pride Campaign was having on the Company.

118.   For instance, as detailed above and herein, Defendant Cornell first defended the 2023 Pride Campaign when asked about the backlash on May 17, 2023, stating, in relevant part that "it's the right thing for society, and it's the great thing for ~~our brand."[49]~~ <u>our brand."</u>

---

[49] ~~Zilber, *supra* note 38.~~

138.119.   Then, the Company ultimately decided to scale back the 2023 Pride Campaign one week later. In Target's statement to the public on May 24, 2023, the Company stated that the reason it was scaling back the 2023 Pride Campaign was because of "threats impacting our team members' sense of safety and well-being while at work."[50]

139.120.   However, the above-referenced statements in ¶¶ 150 and 151 were materially false and misleading because they downplayed the existence of the consumer backlash and boycotts that the Company was experiencing in response to the 2023 Pride Campaign. Neither statement revealed that the Company was receiving extreme negative press, boycotts of Target were happening nationwide, and that the Company was losing profits.

121.   The above statements were materially false and/or misleading and failed to disclose material adverse facts about the Company's business, operations, and prospects. —Specifically, the Individual Defendants failed to disclose to investors that:

140.  (a) Target was subject to the risk of consumer boycotts because of its ESG and DEI initiatives, and the 2023 Pride Campaign specifically; (b) the Board and management were not conducting proper oversight over the risks associated with Target's DEI and ESG initiatives; (c) the Company's ESG and DEI initiatives were not implemented to maximize shareholder value; (d) the consumer boycotts

---

[50] *Target Statement on 2023 Pride Collection, supra* note 5.

64

following the 2023 Pride Campaign were more serious than the Company let on; and (e) as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

*The Truth is Revealed*

## THE TRUTH EMERGES

141.122. The truth about the risks to the Company began to emerge when customers began to boycott Target following the launch of the 2023 Pride Campaign. As a result of the boycotts, there was an influx of negative publicity about Target and the 2023 Pride Campaign.

142.123. At first, Target doubled down on its 2023 Pride Campaign. When asked about the backlash to the 2023 Pride Campaign on May 17, 2023, Defendant Cornell stated, "I think those are just good business decisions, and it's the right thing for society, and it's the great thing for our brand."[51]

143.124. However, after the Company realized the full extent of the backlash of the 2023 Pride Campaign, the Company issued the "Target Statement on 2023 Pride Collection" May 24, 2023, announcing that the Company was making "adjustments" to its plan and removing items from the collection due to

---

[51] Zilber, *supra* note 38; Fortune Editors, *Target CEO: DEI Has 'Fueled Much of Our Growth Over the Last 9 Years,'* FORTUNE (May 17, 2023), https://fortune.com/2023/05/17/target-ceo-brian-cornell-interview-diversity-equity-inclusion/.

backlash.[52]

144.125.   As a result, between May 17, 2023, and May 25, 2023, the day after the Company's announcement, the Company's stock price fell $20.21 per share, or approximately 14%, to close at $140.75 on May 25, 2023.

126.   As Target continued to receive backlash for the 2023 Pride Campaign, the Company's stock price continued to drop. Between May 17, 2023, and June 14, 2023, Target's stock price fell $27.73 per share, or approximately 20%, to close at $124.12 per share on June 14, 2023. It was reported that Target's market value dropped $15.7 billion during this time.[53] $124.12 per share on June 14, 2023. It was reported that Target's market value dropped $15.7 billion during this time.

145.127.   In addition to the stock price dropping, the Company also experienced a drop in sales for the first time in six years due to the 2023 Pride Campaign, with in-store sales dropping 5.4% and online sales dropping 10.5% during the second quarter of 2023.[54] However, the full extent of the Company's losses due to the 2023 Pride Campaign were not revealed until August.

146.128.   On August 16, 2023, the Company issued a press release announcing its second quarter earnings for 2023 (the "Q2 2023 Earnings Release"), wherein the Company finally revealed to the public that it experienced

[52]*Target Statement on 2023 Pride Collection, supra* note 5.

[53] Brian Flood et al., *Target Market Cap Losses Hit $15.7 Billion, Shares Approach 52-Week Low Amid Woke Backlash*, FOX BUS. (Jun. 12, 2023), https://www.foxbusiness.com/media/target-market-cap-losses-hit-15-7-billion-share-near-52-week-low-amid-woke-backlash.

[54] Meyersohn, *supra* note 6.

reduced earnings due to the 2023 Pride Campaign.

147.129.    The Q2 2023 Earnings Release stated, in relevant part:

Comparable sales declined 5.4 percent in the second quarter, reflecting comparable store sales declines of 4.3 percent and comparable digital sales declines of 10.5 percent. Total revenue of $24.8 billion was 4.9 percent lower than last year, reflecting a total sales decline of 4.9 percent partially offset by a 1.3 percent increase in other revenue.

130.    Also on August 16, 2023, the Company hosted its second quarter 2023 earnings call for investors (the "Q2 2023 Earnings Call"). In the Q2 2023 Earnings Call, A. Christina Hennington, Target's Executive Vice President and Chief Growth Officer, stated "[i]n the second quarter, comparable sales were down 5.4%, softer than our expectations coming into the quarter. . . . As you heard from Brian, we anticipated

148. some of the headwinds at play throughout the second quarter. including the continued pullback in discretionary spending. Other headwinds were incremental, including the strong reaction to this year'syear's Pride assortment." (Emphasis added).

149.131.    Furthermore, in the Q2 2023 Earnings Calls, Defendant Fiddelke stated, in relevant part:

Total revenue was down 4.9% in the second quarter. Total sales also decreased by that same amount while other revenue grew 1.3%. Within other revenue, we continue to see strong growth from our Roundel ad business, which offset declines in credit card profit sharing and other small income items compared with last year. Comparable sales were down 5.4% in Q2, reflecting a 4.8% decline in

67

traffic.

Among the factors affecting our top line performance, comps and discretionary categories continue to reflect challenging trends in the industry, which softened further in Q2. A second factor was lower inflation in food, beverages and essentials as we compare to over peak inflation a year ago. Furthermore, traffic and top line trends were affected by the reaction to our Pride assortment, which launched in the middle of May. And lastly, our results reflected the comparison over last year's clearance and promotional activity, which affected weekly comp trends in certain categories, particularly in the digital channel. While each of these factors played a role in the quarter, it's not possible to reliably quantify the separate impact of each one.

(Emphasis added).

150.132.    Following the news of the Company's decreased earnings, Target's stock closed at $128.75 on August 16, 2023, a drop of $32.21 per share, or approximately 20%, from May 17, 2023.

***The Securities Action***

151.    The Securities Action was filed against the Company and Defendants Cornell, Abney, Baker, Barrett, Boudreaux, Edwards, Healey, Knauss, Leahy, Lozano, Puma, Rice, and Stockton.

152.    The plaintiff in the Securities Action filed an amended complaint on November 28, 2023 (the "Securities Action AC"). On January 26, 2024, the defendants in the Securities Action filed a motion to dismiss the Securities Action AC (the "Securities Action MTD").

153.    On December 4, 2024, this Court entered an order, denying the Securities Action MTD (the "Securities Action MTD Order").

68