**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| STATE BOARD OF ADMINISTRATION OF FLORIDA, individually and on behalf all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, AND DIMITRI L. STOCKTON,<br><br>*Defendants*. | Case No. 2:25-cv-00135-JLB-KCD<br>Judge John L. Badalamenti<br>Magistrate Judge Kyle C. Dudek |

**NOTICE OF APPEARANCE**

Traci T. McKee, of the law firm Faegre Drinker Biddle & Reath LLP, now enters her appearance as counsel of record on behalf of Defendants Target Corporation, Brian C. Cornell, David P. Abney, Douglas M. Baker, Jr., George S. Barrett, Gail K. Boudreaux, Robert L. Edwards, Melanie L. Healey, Donald R. Knauss, Christine A. Leahy, Monica C. Lozano, Grace Puma, Derica W. Rice, and Dmitri L. Stockton, and requests copies of all notices, pleadings and other papers served or filed in this action to be furnished to her.

Date: June 13, 2025

Respectfully submitted,

By: /s/ Traci T. McKee
Traci T. McKee (FL #53088)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 Jackson Street, Suite 201
Fort Myers, FL 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

***Counsel for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2025, a true and correct copy of the foregoing document was filed with the Clerk of Court through the CM/ECF system which will serve copies on all counsel of record.

/s/ *Traci T. McKee*
Traci T. McKee

***Counsel for Defendants***