**Appendix A**

**Examples of Counsel and Plaintiffs Litigating in the District of Minnesota**

| Grant & Eisenhofer, P.A., Presumptive Lead Counsel in the Securities Class Action | | | | |
|---|---|---|---|---|
| **#** | **Case Caption** | **Type of Case** | **Nature of Claim** | **Local Counsel** |
| 1 | *In re Resideo Techs., Inc. Deriv. Litig.,* No. 21-cv-01965 (D. Minn.) (filed Sept. 1, 2021). | Derivative Action | Securities | Reinhardt Wendorf & Blanchfield |
| 2 | *Baldwin v. Delta Dental Plans Ass'n,* No. 19-cv-03141 (D. Minn.) (filed Dec. 20, 2019). | Class Action | Antitrust | Heins Mills & Olson, P.L.C. |
| 3 | *Joe Christiana Food Distrib., Inc. v. Agri Stats, Inc.,* No. 18-cv-02405 (D. Minn.) (filed Aug. 16, 2018). | Class Action | Antitrust | Lockridge Grindal Nauen P.L.L.P. |
| 4 | *Ferraro Foods, Inc. v. Agri Stats, Inc.,* No. 18-cv-01946 (D. Minn.) (filed July 12, 2018) | Class Action | Antitrust | Heins Mills & Olson, P.L.C. |
| 5 | *Harvey et al. v. Howmedica Osteonics,* No. 18-cv-01703 (D. Minn.) (filed June 20, 2018). | Individual Action | Products Liability | N/A |
| 6 | *Bull v. Audi AG*, No. 16-cv-03885 (D. Minn.) (filed Nov. 10, 2016). | Class Action | Consumer Protection | Chestnut & Cambronne, P.A. |

| Grant & Eisenhofer, P.A., Presumptive Lead Counsel in the Securities Class Action | | | | |
|---|---|---|---|---|
| # | Case Caption | Type of Case | Nature of Claim | Local Counsel |
| 7 | *In re Wells Fargo ERISA 401(k) Litig.*, No. 16-cv-03405 (D. Minn.) (filed Oct. 7, 2016). | Class Action | ERISA | Lockridge Grindal Nauen P.L.L.P. |
| 8 | *In the Matter of Nat'l Collegiate Student Loan Trusts 2003-1, 2004-1, 2004-2, 2005-1, 2005-2 and 2005-3*, No. 16-cv-00775 (D. Minn.) (filed Mar. 25, 2016). | Individual Action | Trust Administration | Lockridge Grindal Nauen P.L.L.P. |
| 9 | *Butler et al. v. Johnson & Johnson*, No. 16-cv-00132 (D. Minn.) (filed Jan. 26, 2016). | Individual Action | Products Liability | N/A |
| 10 | *John Hancock Life Ins. Co. (U.S.A.) et al. v. Ally Fin. Inc.*, No. 12-cv-01841 (D. Minn.) (filed July 27, 2012). | Individual Action | Securities | Lockridge Grindal Nauen P.L.L.P. |
| 11 | *Minneapolis Firefighters' Relief Ass'n v. Medtronic, Inc.*, No. 08-cv-06324 (D. Minn.) (filed Dec. 10, 2008). | Class Action | Securities | Chestnut & Cambronne, P.A. |
| 12 | *Pub. Emps.' Ret. Sys. of Ohio et al. v. McGuire*, No. 06-cv-02094 (D. Minn.) (filed May 22, 2006). | Class Action and Derivative Action | Securities | James R. Behrenbrinker |
| 13 | *In re UnitedHealth Grp. Inc. S'holder Deriv. Litig.*, No. 06-cv-01216 (D. Minn.) (filed Mar. 29, 2006) | Derivative Action | Securities | Chestnut & Cambronne, P.A. |

2

| Boyden Gray PLLC, Applicant for Lead Counsel in the Securities Class Action | | | | |
|---|---|---|---|---|
| # | Case Caption | Type of Case | Nature of Claim | Local Counsel |
| 1 | *Clean Fuels Dev. Coal. v. Kessler*, No. 23-cv-00610 (D. Minn.) (filed Mar. 13, 2023). | Individual Action | Constitutional | Winthrop & Weinstine, P.A. |

| Levi & Korsinsky, LLP, Co-Lead Counsel in the Derivative Action | | | | |
|---|---|---|---|---|
| # | Case Caption | Type of Case | Nature of Claim | Local Counsel |
| 1 | *Miller v. Target Corp.*, No. 24-cv-01323 (D. Minn.) (filed Apr. 12, 2024). | Class Action | Consumer Protection | Lockridge Grindal Nauen P.L.L.P. |
| 2 | *Abramowitz v. UnitedHealthcare Servs., Inc.*, 23-cv-02713 (D. Minn.) (filed Sept. 5, 2023) | Class Action | Consumer Protection | Tewksbury & Kerfeld, P.A. |
| 3 | *Perez v. Target Corp.*, No. 23-cv-00769 (D. Minn.) (filed Mar. 29, 2023). | Class Action | Securities | Wolf Haldenstein Adler Freeman & Herz LLC; Reinhardt Wendorf & Blanchfield |
| 4 | *Stephens v. Target Corp.*, No. 22-cv-01576 (D. Minn.) (filed June 15, 2022). | Class Action | Consumer Protection | Lockridge Grindal Nauen P.L.L.P. |
| 5 | *Mengesha v. Bitconnect Int'l PLC*, No. 18-cv-00279 (D. Minn.) (filed Jan. 31, 2018). | Class Action | Securities | Lockridge Grindal Nauen P.L.L.P. |
| 6 | *Dormani v. Target Corp.*, No. 17-cv-04049 (D. Minn.) (filed Aug. 30, 2017). | Class Action | ERISA | David E. Krause Law Office, Chtd. |
| 7 | *Pajnigar v. Arctic Cat Inc.*, No. 17-cv-00443 (D. Minn.) (filed Feb. 10, 2017). | Class Action | Securities | Hellmuth & Johnson, PLLC |

| **Levi & Korsinsky, LLP, Co-Lead Counsel in the Derivative Action** | | | | |
|---|---|---|---|---|
| # | Case Caption | Type of Case | Nature of Claim | Local Counsel |
| 8 | *In re Wells Fargo ERISA 401(k) Litig.*, No. 16-cv-03405 (D. Minn.) (filed Oct. 7, 2016). | Class Action | ERISA | Zimmerman Reed, LLP |
| 9 | *In re Gen. Mills Glyphosate Litig.*, No. 16-cv-02869 (D. Minn.) (filed Aug. 24, 2016). | Class Action | Consumer Protection | Zimmerman Reed, LLP |
| 10 | *In re Target Corp. ERISA Litig.*, No. 16-cv-02400 (D. Minn.) (filed July 12, 2016). | Class Action | ERISA | David E. Krause Law Office, Chtd. |
| 11 | *Mok v. Rucker*, No. 15-cv-01570 (D. Minn.) (filed Mar. 23, 2015). | Derivative Action | Securities | Zimmerman Reed, PLLP |
| 12 | *Gottlieb v. Willis*, No. 12-cv-02637 (D. Minn.) (filed Oct. 16, 2012). | Class Action | Securities | Lockridge Grindal Nauen P.L.L.P. |

| Rigrodsky Law, P.A., Co-Lead Counsel in the Derivative Action | | | | |
|---|---|---|---|---|
| # | Case Caption | Type of Case | Nature of Claim | Local Counsel |
| 1 | *Hollin v. Herbert*, No. 24-cv-02716 (D. Minn.) (filed July 16, 2024). | Derivative Action | Securities | Altman Law, PLLC |
| 2 | *McCollum v. Witty*, No. 24-cv-02643 (D. Minn.) (filed July 8, 2024). | Derivative Action | Securities | Altman Law, PLLC |
| 3 | *Vana v. Entellus Med., Inc.*, No. 18-cv-00189 (D. Minn.) (filed Jan. 23, 2018). | Class Action | Securities | Altman & Izek |
| 4 | *Franchi v. Capella Educ. Co.*, No. 17-cv-05288 (D. Minn.) (filed Nov. 30, 2017). | Class Action | Securities | Altman & Izek |
| 5 | *Berg v. OneBeacon Ins. Grp., Ltd.*, No. 17-cv-02155 (D. Minn.) (filed June 21, 2017). | Class Action | Securities | Altman & Izek |
| 6 | *Scarantino v. Silver Bay Realty Tr. Corp.*, No. 17-cv-01066 (D. Minn.) (filed Apr. 5, 2017). | Class Action | Securities | Altman & Izek |
| 7 | *Parshall v. Popeyes La. Kitchen, Inc.*, No. 17-cv-00700 (D. Minn.) (filed Mar. 6, 2017). | Class Action | Securities | Altman & Izek |

| State Teachers Retirement System of Ohio, Presumptive Lead Plaintiff in the Securities Class Action | | | | |
|---|---|---|---|---|
| # | Case Caption | Type of Case | Nature of Claim | Counsel |
| 1 | *Pub. Emps.' Ret. Sys. of Ohio et al. v. McGuire*, No. 06-cv-02094 (D. Minn.) (filed May 22, 2006). | Class Action and Derivative Action | Securities | Grant & Eisenhofer, P.A.; James R. Behrenbrinker |
| 2 | *In re UnitedHealth Grp. Inc. S'holder Deriv. Litig.*, No. 06-cv-01216 (D. Minn.) (filed Mar. 29, 2006). | Derivative Action | Securities | Grant & Eisenhofer, P.A.; Bernstein Litowitz Berger & Grossman LLP; Rice, Michels & Walther LLP |

7

| State Board of Administration of Florida, Applicant for Lead Plaintiff in the Securities Class Action | | | | |
|---|---|---|---|---|
| # | Case Caption | Type of Case | Nature of Claim | Counsel |
| 1 | *In re Green Tree Financial Options Litigation*, No. 97-cv-2679-JRT-RLE (D. Minn.) (filed April 8, 1998) | Class Action | Securities | Burt & Pucillo, LLP; Best & Flanigan PLLP (Minnesota-based) |
| 2 | *Florida State Board of Administration v. Law Engineering and Environmental Services, Inc.*, No. 02-cv-4283-DSD-FL (D. Minn.) (filed Nov. 8, 2002) | Direct Action | Breach of Contract; Breach of Fiduciary Duties | Sutherland Asbill & Brennan; Leonard Street and Deinard (Minnesota-based) |

| Portia E. McCollum, as Trustee of the McCollum Family Trust, Lead Plaintiff in the Derivative Action | | | | |
|---|---|---|---|---|
| # | Case Caption | Type of Case | Nature of Claim | Counsel |
| 1 | *McCollum v. Witty*, No. 24-cv-02643 (D. Minn.) (filed July 8, 2024). | Derivative Action | Securities | Rigrodsky Law, P.A.; Altman Law, PLLC |