**CERTIFICATION OF STATE TEACHERS RETIREMENT SYSTEM OF OHIO**

I, Stacey L. Wideman, on behalf of State Teachers Retirement System of Ohio ("Ohio STRS"), certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.      I am the Chief Legal Officer of Ohio STRS.  I am familiar with the matters set forth herein and am duly authorized to make this certification on behalf of Ohio STRS.

2.      I have reviewed the complaint that was filed on January 31, 2025, captioned *City of Riviera Beach Police Pension Fund v. Target Corp., et al.*, 2:25-cv-00085 (M.D. Fla.), and authorized the filing of a motion for appointment as lead plaintiff in that action on behalf of Ohio STRS.

3.      Ohio STRS did not purchase or acquire Target Corporation common stock at the direction of counsel or in order to participate in any private action.

4.      Ohio STRS is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.      Attached as Schedule A to this Certification is a list of Ohio STRS's transactions during the relevant period in the common stock that is the subject of this matter.

6.      Ohio STRS held 244,609 shares of Target common stock on April 11, 2022 and 360,097 shares of Target common stock on April 17, 2023.

7.      During the three-year period preceding the date of this certification, Ohio STRS has sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws as follows:

> ➤ *Collinsville Police Pension Board on Behalf of Collinsville Police Pension Fund v. Discovery, Inc. et al.*, Case No. 1:22-cv-08171 (Nov. 22, 2022 S.D.N.Y.) (ECF No. 26);

> ➤ *Coleman v. Charles River Laboratories International, Inc. et al.*, Case No. 1:23-cv-11132 (July 18, 2023 D. Ma.) (ECF No. 4); and

> ➢ *State Teachers Retirement System of Ohio et al. v. ZoomInfo Technologies Inc. et al.*, Case No. 3:24-cv-05739 (Nov. 4, 2024 W.D. Wash.) (ECF No. 35).

8.    Ohio STRS will not accept any payment for serving as a representative party on behalf of the proposed beyond its pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and accurate.

Executed this 27th day of March, 2025.

**STATE TEACHERS RETIREMENT SYSTEM OF OHIO**

By:    _____
       Stacey L. Wideman
       Chief Legal Officer

## Target Corp. -- Schedule A
## State Teachers Retirement System of Ohio

**Cusip:** 87612E106
**Ticker:** TGT
**Class Period:** March 9, 2022 through November 19, 2024

**Beginning Holdings:** 268,544 shares

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| **Trade Date** | **Quantity** | **Price** | | **Trade Date** | **Quantity** | **Price** |
| 06/17/22 | 60,000 | $140.29 | | 03/17/22 | 4,527 | $218.00 |
| 09/16/22 | 23 | $164.09 | | 03/18/22 | 2,833 | $226.05 |
| 09/16/22 | 206 | $164.09 | | 03/18/22 | 82 | $226.05 |
| 09/21/22 | 20,000 | $162.60 | | 03/18/22 | 2,188 | $226.05 |
| 10/24/22 | 10,000 | $160.24 | | 03/24/22 | 14,305 | $217.46 |
| 11/18/22 | 35,000 | $162.48 | | 05/24/22 | 3,289 | $149.95 |
| 11/22/22 | 30,000 | $156.25 | | 06/17/22 | 1,237 | $139.30 |
| 12/16/22 | 22 | $146.45 | | 06/21/22 | 3,665 | $141.66 |
| 12/16/22 | 681 | $146.45 | | 06/21/22 | 3,266 | $143.37 |
| 03/01/23 | 25,000 | $162.46 | | 06/24/22 | 1,841 | $150.42 |
| 03/17/23 | 16 | $159.36 | | 06/24/22 | 269 | $150.42 |
| 03/17/23 | 360 | $159.36 | | 06/27/22 | 1,638 | $150.68 |
| 09/15/23 | 17 | $123.05 | | 09/01/22 | 44,597 | $164.84 |
| 09/15/23 | 178 | $123.05 | | 10/28/22 | 3,534 | $167.52 |
| 12/15/23 | 25 | $138.37 | | 12/01/22 | 2,484 | $165.03 |
| 12/15/23 | 461 | $138.37 | | 05/31/23 | 1,189 | $130.93 |
| 03/15/24 | 2 | $164.22 | | 06/07/23 | 22,500 | $131.47 |
| 03/15/24 | 15 | $164.22 | | 06/07/23 | 7,500 | $131.49 |
| 03/15/24 | 285 | $164.22 | | 06/23/23 | 24 | $131.83 |
| 05/22/24 | 140,000 | $142.23 | | 06/23/23 | 4,753 | $131.83 |
| 06/27/24 | 14,000 | $146.22 | | 06/29/23 | 1,505 | $132.91 |
| 06/27/24 | 16,000 | $146.64 | | 06/30/23 | 1,200 | $131.90 |
| 09/19/24 | 9,202 | $156.53 | | 06/30/23 | 300 | $131.90 |
| 09/20/24 | 71 | $154.75 | | 07/27/23 | 1,445 | $134.50 |
| 09/20/24 | 15 | $154.75 | | 07/31/23 | 1,437 | $136.47 |
| 09/20/24 | 318 | $154.75 | | 11/29/23 | 2,148 | $131.32 |
| | | | | 12/28/23 | 3,445 | $142.54 |
| | | | | 01/30/24 | 2,457 | $140.52 |
| | | | | 02/26/24 | 1,285 | $150.15 |
| | | | | 02/27/24 | 1,289 | $151.99 |
| | | | | 02/28/24 | 1,289 | $151.44 |
| | | | | 03/21/24 | 880 | $170.17 |
| | | | | 03/27/24 | 632 | $174.67 |
| | | | | 06/28/24 | 2 | $148.04 |
| | | | | 06/28/24 | 14 | $148.04 |
| | | | | 06/28/24 | 2,917 | $148.04 |
| | | | | 08/28/24 | 1,151 | $156.86 |
| | | | | 09/26/24 | 1,134 | $155.98 |
| | | | | 10/30/24 | 2,263 | $148.52 |
| | | | | 11/18/24 | 420 | $156.56 |
| | | | | 11/18/24 | 1,104 | $156.56 |