CASE 0:25-cv-04380-NEB-SGE   Doc. 57-3   Filed 08/07/25   Page 1 of 6

 **business**wire
A BERKSHIRE HATHAWAY COMPANY



Jan 31, 2025 5:26 PM Eastern Standard Time

# Grant & Eisenhofer Files Class Action Lawsuit Against Target Corporation on Behalf of Pension Fund

Share        ...

NEW YORK--(BUSINESS WIRE)--Institutional investor City of Riviera Beach Police Pension Fund filed a class action lawsuit today against Target Corporation ("Target" or the "Company"), Target's CEO Brian C. Cornell, and current and former members of Target's Board of Directors, David P. Abney, Douglas M. Baker, Jr., George S. Barrett, Gail K. Boudreaux, Robert L. Edwards, Melanie L. Healey, Donald R. Knauss, Christine A. Leahy, Monica C. Lozano, Grace Puma, Derica W. Rice, and Dmitri L. Stockton.

The action alleges that they defrauded investors by issuing false and misleading statements concerning certain conduct undertaken pursuant to Target's Environmental, Social, and Governance ("ESG") and Diversity, Equity, and Inclusion ("DEI") mandates.

The suit, brought in federal court in the United States District Court for the Middle District of Florida, Fort Myers Division, was filed by leading investor law firm Grant & Eisenhofer P.A.

The action is brought on behalf of all persons or entities who purchased or acquired Target common stock **from August 26, 2022 through November 19, 2024, inclusive** (the "Class Period"). The action is captioned *City of Riviera Beach Police Pension Fund v. Target, Corp., et al.*, No. 2:25-cv-00085 (M.D. Fla.). The action has been marked as related to *Craig v. Target Corp., et al.*, No. 2:23-cv-00599-JLB-KCD (M.D. Fla.).

The complaint alleges violations of Sections 10(b), 14(a), and 20(a) of the Securities Exchange Act of 1934. Specifically, Target failed to warn investors of risks associated with its mandates regarding its ESG/DEI initiatives. Target's stock price was artificially inflated as a result, and its Board members secured re-election, causing additional damages.

In May 2023 these risks materialized as Target faced customer backlash from one of its hallmark ESG/DEI initiatives – Target's LGBT-Pride Campaign (the "Campaign"). Certain of Target's customers responded to the Campaign by boycotting Target. Over time, the market realized the scope of the consumer backlash and, from May 17, 2023 to June 14, 2023, Target's stock declined from closing prices of $160.96 to $124.12. Widespread consumer boycotts and news related to their growth continued from June 2023 into 2024 causing further stock price declines and additional damages.

On August 16, 2023, during Target's Q2 2023 earnings report, Target revealed that the Campaign had harmed the Company's earnings and other financial metrics. From the day prior to the Q2 2023 earnings report release, August 15, 2023, to October 6, 2023, Target's stock fell from closing prices of $125.05 to $105.01 per share. The risks associated with the Campaign further materialized on November 20, 2024 when Target announced that its GAAP-adjusted earnings per share were $1.85, compared with $2.10 in the same quarter of 2023, a decline of 11.9%. This news caused Target's stock to fall from a close of $156 on November 19, 2024 to a close of $121.72 on November 20, 2024, a decline of 22%.

Investors who purchased or acquired Target common stock during the Class Period are members of this proposed Class and may be able to seek appointment as lead plaintiff, which is a court-appointed representative of the Class, by complying with the relevant provisions for the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. Section 78u-4(a)(2)(A)(i)-(iv).

If you wish to serve as lead plaintiff, **you must move the Court by no later than April 1, 2025**, which is the lead plaintiff deadline that was established by publication of this notice on January 31, 2025. You do not need to seek to become a lead plaintiff in order to share in any possible recovery. You may also retain counsel of your choice to represent you in this action.

If you wish to discuss this action or have any questions concerning this notice or your rights, please contact Caitlin M. Moyna at Grant & Eisenhofer at 646-722-8513,

or via email at cmoyna@gelaw.com. You can also find more information at gelaw.com.

## Contacts

Grant & Eisenhofer

Caitlin M. Moyna

646-722-8513

cmoyna@gelaw.com

---

**Industry:**    Class Action Lawsuit    Professional Services    Legal

---

**GRANT & EISENHOFER P.A.**

⤴ NYSE:TGT

---

**RELEASE VERSIONS**

English

---

**CONTACTS**

Grant & Eisenhofer

Caitlin M. Moyna

646-722-8513

cmoyna@gelaw.com

---

# More News From Grant & Eisenhofer P.A.

🔊 Get RSS Feed

## Grant & Eisenhofer Files Class Action Lawsuit Against Atkore, Inc., Extending Class Period of Previously Filed Action

NEW YORK--(BUSINESS WIRE)--Today, Grant & Eisenhofer P.A. filed a class action lawsuit on behalf of King P. Coles, II against Atkore, Inc. ("Atkore" or the "Company"), Atkore's CEO William E. Waltz, Atkore's former CFO David P. Johnson, and Atkore's CFO John M. Deitzer (collectively...

## Law Firms Grant & Eisenhofer and Levi & Korsinsky Issue Notice of Dismissal of AST SpaceMobile Stockholder Litigation, Opportunity to Intervene

WILMINGTON, Del.--(BUSINESS WIRE)--Law firms Grant & Eisenhofer and Levi & Korsinsky issued the following statement regarding that disposition of investor class action AST SpaceMobile, Inc., Stockholders Litigation: Notice is hereby provided to all persons holding...

## Grant & Eisenhofer Files Class Action Lawsuit Against MGP Ingredients, Inc. on Behalf of Pension Fund

NEW YORK--(BUSINESS WIRE)--Institutional investor Operating Engineers Construction Industry Miscellaneous Pension Fund filed a class action lawsuit today against MGP Ingredients, Inc. (NASDAQ:MGPI) ("MGPI" or the "Company"), David Colo, David S. Bratcher, and Brandon ...

Back to Newsroom →

# Wish your news had this kind of reach?

Sign Up →

CASE 0:25-cv-04380-NEB-SGE    Doc. 57-3    Filed 08/07/25    Page 5 of 6

Learn About Business Wire  →



## Company

About Business Wire

Careers

Media Center

## Services

News Release Distribution

News Release Optimization

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy      Cookie Policy      Copyright      Accessibility Statement      Terms of Use

