# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

| | |
|---|---|
| In re Target Corp. Securities Class Action Litigation | Case No.: 2:25-cv-135-JLB-KCD |
| | (Consolidated with No. 2:23-cv-599-JLB-KCD & No. 2:25-cv-85-JLB-KCD) |
| | <u>CLASS ACTION</u> |

**DECLARATION OF CAITLIN M. MOYNA IN SUPPORT OF
OHIO STRS'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Caitlin M. Moyna, under penalty of perjury and on oath, duly declare and state as follows:

1.      I am a partner of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for State Teachers Retirement System of Ohio ("Ohio STRS").

2.      I submit this declaration in support of Ohio STRS's motion, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) appointing Ohio STRS as lead plaintiff; and (ii) approving Ohio STRS's selection of Grant & Eisenhofer P.A. as lead counsel for the class.

3.      Attached as Exhibit A is a true and correct copy of a certification on behalf of Ohio STRS, attaching a schedule of Ohio STRS's transactions in Target common stock during the Class Period in the Consolidated Actions before this Court, i.e., March 9, 2022 and November 19, 2024, inclusive.

4.      Attached as Exhibit B is a true and correct copy of a chart showing Ohio STRS's losses in the transactions of Target common stock during the Class Period.

5.      Attached as Exhibit C is a true and correct copy of a notice caused to be published by the law firm that filed the first-filed complaint in the above-captioned action.

6.      Attached as Exhibit D is a resume of the background and prior cases of Grant & Eisenhofer P.A.

Signed and dated this 7th day of August, 2025 at New York, New York.

By: _/s/ *Caitlin M. Moyna*_____
Caitlin M. Moyna (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
cmoyna@gelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *Caitlin M. Moyna*
Caitlin M. Moyna (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
cmoyna@gelaw.com

3