# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

| | |
|---|---|
| In re Target Corp. Securities Class Action Litigation | Case No.: 2:25-cv-135-JLB-KCD |
| | (Consolidated with No. 2:23-cv-599-JLB-KCD & No. 2:25-cv-85-JLB-KCD) |
| | <u>CLASS ACTION</u> |

**DECLARATION OF CAITLIN M. MOYNA IN SUPPORT OF OHIO STRS'S RESPONSE TO COMPETING MOTION FOR APPOINTMENT AS LEAD <u>PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Caitlin M. Moyna, under penalty of perjury and on oath, duly declare and state as follows:

1. I am a partner of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for State Teachers Retirement System of Ohio ("Ohio STRS").

2. I submit this declaration in further support of Ohio STRS's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (ECF No. 57) and in support of Ohio STRS's response to the State Board of Administration of Florida's ("SBA") competing motion (ECF No. 56).

3. Attached as Exhibit A is a true and correct copy of an excerpt of SBA's Form 13-F for the period ended March 31, 2022.

4. Attached as Exhibit B is a true and correct copy of an excerpt of SBA's Form 13-F for the period ended September 30, 2024.

5. Attached as Exhibit C is a true and correct copy of an excerpt of SBA's Form 13-F for the period ended December 31, 2024.

6. Attached as Exhibit D is a true and correct copy of an excerpt of SBA's Form 13-F for the period ended December 31, 2021.

7. Attached as Exhibit E is a true and correct copy of the February 20, 2025 press release issued by Boyden Gray PLLC entitled *Florida SBA Files Class Action Lawsuit Against Target for Harming Shareholders*, which can be accessed at https://boydengray.com/florida-sba-files-class-action-lawsuit-against-target-for-harming-shareholders/.

1

8.      Attached as Exhibit F is a true and correct copy of the February 20, 2025 press release issued by the Office of Attorney General for Florida entitled *Florida Attorney General James Uthmeier and America First Legal File Class Action Lawsuit Against Target for Misleading and Defrauding Investors Over Market Risks of LGBTQ Activism*, which can be accessed at https://www.myfloridalegal.com/newsrelease/florida-attorney-general-james-uthmeier-and-america-first-legal-file-class-action.

Signed and dated this 7th day of August, 2025 at New York, New York.

By:  /s/ *Caitlin M. Moyna*
Caitlin M. Moyna (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
cmoyna@gelaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *Caitlin M. Moyna*
Caitlin M. Moyna (*pro hac vice*)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
cmoyna@gelaw.com