# EXHIBIT C

## FORM 13F FILER INFORMATION

0000938076
Filer CIK                  Filer CCC              File Number

12-31-2024
Period

Is this a LIVE or TEST Filing?                                   ● LIVE ○ TEST

Would you like a return copy?                                   ☐ YES

Is this an electronic copy of an official filing submitted in paper format?    ☐ YES

**Submission Contact Information**

Name

Phone

Email Address

**Notification Information**

Notify via Filing website only?                                  ☐ YES

Notification will automatically be sent to the Login CIK, Submission Contact, and Primary Issuers. Specify additional addresses below.

**Notification Email Addresses:**

**UNITED STATES
SECURITIES AND EXCHANGE
COMMISSION
Washington, D.C. 20549**

| OMB APPROVAL |
|---|
| OMB Number: 3235-0006 |
| Estimated Average burden |
| hours per response......23.8 |

# FORM 13F

## FORM 13F COVER PAGE

Report for the Calendar Year or Quarter Ended: <u>12-31-2024</u>

Check here if Amendment: Amendment Number: _____

This Amendment (Check only one.):      ☐ is a restatement.
☐ adds new holdings entries.

### Institutional Investment Manager Filing this Report:

Name:    STATE BOARD OF ADMINISTRATION OF FLORIDA RETIREMENT SYSTEM

Address:    1801 HERMITAGE BLVD, SUITE 100

P O BOX 13300

TALLAHASSEE      FL      32317-3300

Form 13F File Number:    028-03889

CRD Number (if applicable): _____

SEC File Number (if applicable): _____

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

### Person Signing this Report on Behalf of Reporting Manager:

Name:      Chris Spencer

Title:      Executive Director

Phone:      (850) 488-4406

### Signature, Place, and Date of Signing:

| Chris Spencer | Tallahassee, FLORIDA | 02-10-2025 |
|---|---|---|
| [Signature] | [City, State] | [Date] |

Do you wish to provide information pursuant to Special Instruction 5?      ○ Yes ◉ No

### Additional Information

### Report Type (Check only one.):

☑ 13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

☐ 13F NOTICE. (Check here if no holdings reported are in this report, and all holdings are reported by other reporting manager(s).)

☐ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

## FORM 13F SUMMARY PAGE

**Report Summary:**

| | |
|---|---|
| Number of Other Included Managers: | 0 |
| Form 13F Information table Entry Total: | 2198 |
| Form 13F Information table Value Total: | 52555475607 |

(round to nearest dollar)

**List of Other Included Managers:**

Provide a numbered list of the name(s) and Form 13F number(s) of all institutional investement managers with respect to which this report is filed, other than the manager filing this report.

NONE

| NAME OF ISSUER | TITLE OF CLASS | CUSIP | FIGI | VALUE (to the nearest dollar) | SHRS or PRN AMT | SH or PRN | PUT / CALL | INVESTMENT DISCRETION | OTHER MANAGER | VOTING AUTHORITY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | SOLE | SHARED | NONE |
| 1 800 FLOWERS COM INC | CL A | 68243Q106 | - | 116463 | 14255 | SH | - | SOLE | NONE | 14255 | 0 | 0 |
| 10X GENOMICS INC | CL A COM | 88025U109 | - | 1288638 | 89738 | SH | - | SOLE | NONE | 89738 | 0 | 0 |
| 1ST SOURCE CORP | COM | 336901103 | - | 366101 | 6271 | SH | - | SOLE | NONE | 6271 | 0 | 0 |
| 374WATER INC | COM | 88583P104 | - | 10333 | 15140 | SH | - | SOLE | NONE | 15140 | 0 | 0 |
| 3-D SYS CORP DEL | COM NEW | 88554D205 | - | 159969 | 48771 | SH | - | SOLE | NONE | 48771 | 0 | 0 |
| 3M CO | COM | 88579Y101 | - | 67903664 | 526018 | SH | - | SOLE | NONE | 526018 | 0 | 0 |
| 4D MOLECULAR THERAPEUTICS IN | COM | 35104E100 | - | 62312 | 11187 | SH | - | SOLE | NONE | 11187 | 0 | 0 |
| 89BIO INC | COM | 282559103 | - | 138414 | 17700 | SH | - | SOLE | NONE | 17700 | 0 | 0 |
| 8X8 INC NEW | COM | 282914100 | - | 117768 | 44108 | SH | - | SOLE | NONE | 44108 | 0 | 0 |
| A10 NETWORKS INC | COM | 002121101 | - | 2115982 | 114999 | SH | - | SOLE | NONE | 114999 | 0 | 0 |
| AAON INC | COM PAR $0.004 | 000360206 | - | 5607334 | 47649 | SH | - | SOLE | NONE | 47649 | 0 | 0 |
| AAR CORP | COM | 000361105 | - | 601218 | 9811 | SH | - | SOLE | NONE | 9811 | 0 | 0 |
| ABBOTT LABS | COM | 002824100 | - | 189127611 | 1672068 | SH | - | SOLE | NONE | 1672068 | 0 | 0 |
| ABBVIE INC | COM | 00287Y109 | - | 302602487 | 1702884 | SH | - | SOLE | NONE | 1702884 | 0 | 0 |
| ABERCROMBIE & FITCH CO | CL A | 002896207 | - | 1646711 | 11017 | SH | - | SOLE | NONE | 11017 | 0 | 0 |
| ABM INDS INC | COM | 000957100 | - | 1944175 | 37987 | SH | - | SOLE | NONE | 37987 | 0 | 0 |
| ACADEMY SPORTS & OUTDOORS IN | COM | 00402L107 | - | 1220326 | 21212 | SH | - | SOLE | NONE | 21212 | 0 | 0 |
| ACADIA HEALTHCARE COMPANY IN | COM | 00404A109 | - | 3488962 | 87994 | SH | - | SOLE | NONE | 87994 | 0 | 0 |
| ACADIA PHARMACEUTICALS INC | COM | 004225108 | - | 634561 | 34581 | SH | - | SOLE | NONE | 34581 | 0 | 0 |
| ACADIA RLTY TR | COM SH BEN INT | 004239109 | - | 663192 | 27450 | SH | - | SOLE | NONE | 27450 | 0 | 0 |
| ACCEL ENTERTAINMENT INC | COM CL A1 | 00436Q106 | - | 164579 | 15410 | SH | - | SOLE | NONE | 15410 | 0 | 0 |
| ACCENTURE PLC IRELAND | SHS CLASS A | G1151C101 | - | 211183407 | 600311 | SH | - | SOLE | NONE | 600311 | 0 | 0 |
| ACCO BRANDS CORP | COM | 00081T108 | - | 284503 | 54191 | SH | - | SOLE | NONE | 54191 | 0 | 0 |
| ACCOLADE INC | COM | 00437E102 | - | 66191 | 19354 | SH | - | SOLE | NONE | 19354 | 0 | 0 |
| ACCURAY INC | COM | 004397105 | - | 52708 | 26620 | SH | - | SOLE | NONE | 26620 | 0 | 0 |
| ACI WORLDWIDE INC | COM | 004498101 | - | 1608016 | 30977 | SH | - | SOLE | NONE | 30977 | 0 | 0 |
| ACM RESH INC | COM CL A | 00108J109 | - | 208078 | 13780 | SH | - | SOLE | NONE | 13780 | 0 | 0 |
| ACUITY BRANDS INC | COM | 00508Y102 | - | 7607357 | 26041 | SH | - | SOLE | NONE | 26041 | 0 | 0 |
| ACUSHNET HLDGS CORP | COM | 005098108 | - | 770720 | 10843 | SH | - | SOLE | NONE | 10843 | 0 | 0 |
| ACV AUCTIONS INC | COM CL A | 00091G104 | - | 783648 | 36280 | SH | - | SOLE | NONE | 36280 | 0 | 0 |
| ADAPTHEALTH CORP | COMMON STOCK | 00653Q102 | - | 260048 | 27316 | SH | - | SOLE | NONE | 27316 | 0 | 0 |
| ADAPTIVE BIOTECHNOLOGIES COR | COM | 00650F109 | - | 213170 | 35558 | SH | - | SOLE | NONE | 35558 | 0 | 0 |
| ADDUS HOMECARE CORP | COM | 006739106 | - | 540133 | 4309 | SH | - | SOLE | NONE | 4309 | 0 | 0 |
| ADEIA INC | COM | 00676P107 | - | 2947739 | 210854 | SH | - | SOLE | NONE | 210854 | 0 | 0 |
| ADIENT PLC | ORD SHS | G0084W101 | - | 470241 | 27292 | SH | - | SOLE | NONE | 27292 | 0 | 0 |
| ADMA BIOLOGICS INC | COM | 000899104 | - | 1030887 | 60110 | SH | - | SOLE | NONE | 60110 | 0 | 0 |
| ADOBE INC | COM | 00724F101 | - | 190662331 | 428763 | SH | - | SOLE | NONE | 428763 | 0 | 0 |
| ADT INC DEL | COM | 00090Q103 | - | 747109 | 108120 | SH | - | SOLE | NONE | 108120 | 0 | 0 |
| ADTALEM GLOBAL ED INC | COM | 00737L103 | - | 1006891 | 11083 | SH | - | SOLE | NONE | 11083 | 0 | 0 |
| ADTRAN HOLDINGS INC | COM | 00486H105 | - | 185751 | 22299 | SH | - | SOLE | NONE | 22299 | 0 | 0 |
| ADVANCE AUTO PARTS INC | COM | 00751Y106 | - | 2627338 | 55558 | SH | - | SOLE | NONE | 55558 | 0 | 0 |
| ADVANCED DRAIN SYS INC DEL | COM | 00790R104 | - | 5823234 | 50374 | SH | - | SOLE | NONE | 50374 | 0 | 0 |
| ADVANCED ENERGY INDS | COM | 007973100 | - | 1173298 | 10147 | SH | - | SOLE | NONE | 10147 | 0 | 0 |
| ADVANCED MICRO DEVICES INC | COM | 007903107 | - | 187396505 | 1551424 | SH | - | SOLE | NONE | 1551424 | 0 | 0 |
| ADVANSIX INC | COM | 00773T101 | - | 215441 | 7562 | SH | - | SOLE | NONE | 7562 | 0 | 0 |
| ADVANTAGE SOLUTIONS INC | COM CL A | 00791N102 | - | 72387 | 24790 | SH | - | SOLE | NONE | 24790 | 0 | 0 |
| AECOM | COM | 00766T100 | - | 16756533 | 156867 | SH | - | SOLE | NONE | 156867 | 0 | 0 |
| AERCAP HOLDINGS NV | SHS | N00985106 | - | 1539717 | 16089 | SH | - | SOLE | NONE | 16089 | 0 | 0 |
| AEROVIRONMENT INC | COM | 008073108 | - | 985204 | 6402 | SH | - | SOLE | NONE | 6402 | 0 | 0 |
| AES CORP | COM | 00130H105 | - | 8829837 | 686079 | SH | - | SOLE | NONE | 686079 | 0 | 0 |
| AFC GAMMA INC | COM | 00109K105 | - | 254615 | 30566 | SH | - | SOLE | NONE | 30566 | 0 | 0 |
| AFFILIATED MANAGERS GROUP IN | COM | 008252108 | - | 4352647 | 23538 | SH | - | SOLE | NONE | 23538 | 0 | 0 |
| AFFIRM HLDGS INC | COM CL A | 00827B106 | - | 13364322 | 219447 | SH | - | SOLE | NONE | 219447 | 0 | 0 |
| AFLAC INC | COM | 001055102 | - | 58906701 | 569477 | SH | - | SOLE | NONE | 569477 | 0 | 0 |
| AGCO CORP | COM | 001084102 | - | 4257827 | 45548 | SH | - | SOLE | NONE | 45548 | 0 | 0 |
| AGILENT TECHNOLOGIES INC | COM | 00846U101 | - | 37796425 | 281349 | SH | - | SOLE | NONE | 281349 | 0 | 0 |
| AGILON HEALTH INC | COM | 00857U107 | - | 158948 | 83657 | SH | - | SOLE | NONE | 83657 | 0 | 0 |
| AGILYSYS INC | COM | 00847J105 | - | 745610 | 5661 | SH | - | SOLE | NONE | 5661 | 0 | 0 |
| AGIOS PHARMACEUTICALS INC | COM | 00847X104 | - | 520732 | 15847 | SH | - | SOLE | NONE | 15847 | 0 | 0 |
| AGNC INVT CORP | COM | 00123Q104 | - | 5105619 | 554356 | SH | - | SOLE | NONE | 554356 | 0 | 0 |
| AGREE RLTY CORP | COM | 008492100 | - | 2578400 | 36599 | SH | - | SOLE | NONE | 36599 | 0 | 0 |
| AIR LEASE CORP | CL A | 00912X302 | - | 5472655 | 113517 | SH | - | SOLE | NONE | 113517 | 0 | 0 |
| AIR PRODS & CHEMS INC | COM | 009158106 | - | 59825971 | 206268 | SH | - | SOLE | NONE | 206268 | 0 | 0 |
| AIR TRANSPORT SERVICES GRP I | COM | 00922R105 | - | 353724 | 16093 | SH | - | SOLE | NONE | 16093 | 0 | 0 |
| AIRBNB INC | COM CL A | 009066101 | - | 54353936 | 413621 | SH | - | SOLE | NONE | 413621 | 0 | 0 |
| AKAMAI TECHNOLOGIES INC | COM | 00971T101 | - | 14237885 | 148854 | SH | - | SOLE | NONE | 148854 | 0 | 0 |
| AKERO THERAPEUTICS INC | COM | 00973Y108 | - | 407563 | 14650 | SH | - | SOLE | NONE | 14650 | 0 | 0 |
| ALARM COM HLDGS INC | COM | 011642105 | - | 826333 | 13591 | SH | - | SOLE | NONE | 13591 | 0 | 0 |
| ALASKA AIR GROUP INC | COM | 011659109 | - | 7474675 | 115439 | SH | - | SOLE | NONE | 115439 | 0 | 0 |
| ALBANY INTL CORP | CL A | 012348108 | - | 696459 | 8709 | SH | - | SOLE | NONE | 8709 | 0 | 0 |
| ALBEMARLE CORP | COM | 012653101 | - | 10348968 | 120225 | SH | - | SOLE | NONE | 120225 | 0 | 0 |
| ALBERTSONS COS INC | COMMON STOCK | 013091103 | - | 5316214 | 270683 | SH | - | SOLE | NONE | 270683 | 0 | 0 |
| ALCOA CORP | COM | 013872106 | - | 6792844 | 179800 | SH | - | SOLE | NONE | 179800 | 0 | 0 |
| ALECTOR INC | COM | 014442107 | - | 48327 | 25570 | SH | - | SOLE | NONE | 25570 | 0 | 0 |
| ALEXANDER & BALDWIN INC NEW | COM | 014491104 | - | 367342 | 20707 | SH | - | SOLE | NONE | 20707 | 0 | 0 |
| ALEXANDRIA REAL ESTATE EQ IN | COM | 015271109 | - | 15422362 | 158097 | SH | - | SOLE | NONE | 158097 | 0 | 0 |
| ALIGHT INC | COM CL A | 01626W101 | - | 786735 | 113690 | SH | - | SOLE | OTHER | 113690 | 0 | 0 |
| ALIGN TECHNOLOGY INC | COM | 016255101 | - | 15437246 | 74036 | SH | - | SOLE | NONE | 74036 | 0 | 0 |
| ALIGNMENT HEALTHCARE INC | COM | 01625V104 | - | 273713 | 24330 | SH | - | SOLE | NONE | 24330 | 0 | 0 |
| ALKAMI TECHNOLOGY INC | COM | 01644J108 | - | 415951 | 11340 | SH | - | SOLE | NONE | 11340 | 0 | 0 |
| ALKERMES PLC | SHS | G01767105 | - | 3480823 | 121030 | SH | - | SOLE | NONE | 121030 | 0 | 0 |
| ALLEGION PLC | ORD SHS | G0176J109 | - | 10441201 | 79899 | SH | - | SOLE | NONE | 79899 | 0 | 0 |
| ALLEGRO MICROSYSTEMS INC | COM | 01749D105 | - | 1745805 | 79863 | SH | - | SOLE | NONE | 79863 | 0 | 0 |
| ALLETE INC | COM NEW | 018522300 | - | 3333571 | 51444 | SH | - | SOLE | NONE | 51444 | 0 | 0 |
| ALLIANT ENERGY CORP | COM | 018802108 | - | 16179462 | 273579 | SH | - | SOLE | NONE | 273579 | 0 | 0 |
| ALLISON TRANSMISSION HLDGS I | COM | 01973R101 | - | 9506903 | 87978 | SH | - | SOLE | NONE | 87978 | 0 | 0 |

| Name | Type | CUSIP | | Value 1 | Value 2 | SH | | | | Value 3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SYNOPSYS INC | COM | 871607107 | - | 71977917 | 148298 | SH | - | SOLE | NONE | 148298 | 0 | 0 |
| SYNOVUS FINL CORP | COM NEW | 87161C501 | - | 7067230 | 137951 | SH | - | SOLE | NONE | 137951 | 0 | 0 |
| SYSCO CORP | COM | 871829107 | - | 3799470 | 491692 | SH | - | SOLE | NONE | 491692 | 0 | 0 |
| TAKE-TWO INTERACTIVE SOFTWAR | COM | 874054109 | - | 29752850 | 161630 | SH | - | SOLE | NONE | 161630 | 0 | 0 |
| TALOS ENERGY INC | COM | 87484T108 | - | 309535 | 31878 | SH | - | SOLE | NONE | 31878 | 0 | 0 |
| TANDEM DIABETES CARE INC | COM NEW | 875372203 | - | 668243 | 18552 | SH | - | SOLE | NONE | 18552 | 0 | 0 |
| TANGER INC | COM | 875465106 | - | 2879309 | 84363 | SH | - | SOLE | NONE | 84363 | 0 | 0 |
| TANGO THERAPEUTICS INC | COM | 87583X109 | - | 39490 | 12780 | SH | - | SOLE | NONE | 12780 | 0 | 0 |
| TAPESTRY INC | COM | 876030107 | - | 15446233 | 236434 | SH | - | SOLE | NONE | 236434 | 0 | 0 |
| TARGA RES CORP | COM | 87612G101 | - | 37388253 | 209458 | SH | - | SOLE | NONE | 209458 | 0 | 0 |
| TARGET CORP | COM | 87612E106 | - | 58464269 | 432492 | SH | - | SOLE | NONE | 432492 | 0 | 0 |
| TARSUS PHARMACEUTICALS INC | COM | 87650L103 | - | 412507 | 7450 | SH | - | SOLE | NONE | 7450 | 0 | 0 |
| TAYLOR MORRISON HOME CORP | COM | 87724P106 | - | 1836851 | 30009 | SH | - | SOLE | NONE | 30009 | 0 | 0 |
| TAYSHA GENE THERAPIES INC | COM SHS | 877619106 | - | 34617 | 20010 | SH | - | SOLE | NONE | 20010 | 0 | 0 |
| TD SYNNEX CORPORATION | COM | 87162W100 | - | 3300025 | 28138 | SH | - | SOLE | NONE | 28138 | 0 | 0 |
| TE CONNECTIVITY PLC | ORD SHS | G87052109 | - | 2585469 | 18084 | SH | - | SOLE | NONE | 18084 | 0 | 0 |
| TECHNIPFMC PLC | COM | G87110105 | - | 7071836 | 244362 | SH | - | SOLE | NONE | 244362 | 0 | 0 |
| TEGNA INC | COM | 87901J105 | - | 3689258 | 201709 | SH | - | SOLE | NONE | 201709 | 0 | 0 |
| TEJON RANCH CO | COM | 879080109 | - | 173421 | 10907 | SH | - | SOLE | NONE | 10907 | 0 | 0 |
| TELADOC HEALTH INC | COM | 87918A105 | - | 426448 | 46914 | SH | - | SOLE | NONE | 46914 | 0 | 0 |
| TELEDYNE TECHNOLOGIES INC | COM | 879360105 | - | 18005459 | 38794 | SH | - | SOLE | NONE | 38794 | 0 | 0 |
| TELEFLEX INCORPORATED | COM | 879369106 | - | 7203029 | 40471 | SH | - | SOLE | NONE | 40471 | 0 | 0 |
| TELEPHONE & DATA SYS INC | COM NEW | 879433829 | - | 1296726 | 38016 | SH | - | SOLE | NONE | 38016 | 0 | 0 |
| TEMPUR SEALY INTL INC | COM | 88023U101 | - | 11479895 | 202503 | SH | - | SOLE | NONE | 202503 | 0 | 0 |
| TENABLE HLDGS INC | COM | 88025T102 | - | 1284182 | 32610 | SH | - | SOLE | NONE | 32610 | 0 | 0 |
| TENAYA THERAPEUTICS INC | COM | 87990A106 | - | 17253 | 12065 | SH | - | SOLE | NONE | 12065 | 0 | 0 |
| TENET HEALTHCARE CORP | COM NEW | 88033G407 | - | 8907546 | 70566 | SH | - | SOLE | NONE | 70566 | 0 | 0 |
| TENNANT CO | COM | 880345103 | - | 410422 | 5034 | SH | - | SOLE | NONE | 5034 | 0 | 0 |
| TERADATA CORP DEL | COM | 88076W103 | - | 3600130 | 115574 | SH | - | SOLE | NONE | 115574 | 0 | 0 |
| TERADYNE INC | COM | 880770102 | - | 19984637 | 158709 | SH | - | SOLE | NONE | 158709 | 0 | 0 |
| TERAWULF INC | COM | 88080T104 | - | 218929 | 38680 | SH | - | SOLE | NONE | 38680 | 0 | 0 |
| TEREX CORP NEW | COM | 880779103 | - | 883911 | 19124 | SH | - | SOLE | NONE | 19124 | 0 | 0 |
| TERNS PHARMACEUTICALS INC | COM | 880881107 | - | 68918 | 12440 | SH | - | SOLE | NONE | 12440 | 0 | 0 |
| TERRENO RLTY CORP | COM | 88146M101 | - | 1377193 | 23287 | SH | - | SOLE | NONE | 23287 | 0 | 0 |
| TESLA INC | COM | 88160R101 | - | 1088690449 | 2695846 | SH | - | SOLE | NONE | 2695846 | 0 | 0 |
| TETRA TECH INC NEW | COM | 88162G103 | - | 8409188 | 211074 | SH | - | SOLE | NONE | 211074 | 0 | 0 |
| TETRA TECHNOLOGIES INC DEL | COM | 88162F105 | - | 128057 | 35770 | SH | - | SOLE | NONE | 35770 | 0 | 0 |
| TEVA PHARMACEUTICAL INDS LTD | SPONSORED ADS | 881624209 | - | 1205213 | 54683 | SH | - | SOLE | NONE | 54683 | 0 | 0 |
| TEXAS CAP BANCSHARES INC | COM | 88224Q107 | - | 829076 | 10602 | SH | - | SOLE | NONE | 10602 | 0 | 0 |
| TEXAS INSTRS INC | COM | 882508104 | - | 163781360 | 873454 | SH | - | SOLE | NONE | 873454 | 0 | 0 |
| TEXAS PACIFIC LAND CORPORATI | COM | 88262P102 | - | 22404538 | 20258 | SH | - | SOLE | NONE | 20258 | 0 | 0 |
| TEXAS ROADHOUSE INC | COM | 882681109 | - | 7001586 | 38805 | SH | - | SOLE | NONE | 38805 | 0 | 0 |
| TEXTRON INC | COM | 883203101 | - | 17733136 | 231836 | SH | - | SOLE | NONE | 231836 | 0 | 0 |
| TFS FINL CORP | COM | 87240R107 | - | 1673821 | 133266 | SH | - | SOLE | NONE | 133266 | 0 | 0 |
| TG THERAPEUTICS INC | COM | 88322Q108 | - | 1178806 | 39163 | SH | - | SOLE | NONE | 39163 | 0 | 0 |
| THE BALDWIN INSURANCE GRP IN | COM CL A | 05589G102 | - | 666633 | 17199 | SH | - | SOLE | NONE | 17199 | 0 | 0 |
| THE BEAUTY HEALTH COMPANY | COM CL A | 88331L108 | - | 37127 | 23350 | SH | - | SOLE | NONE | 23350 | 0 | 0 |
| THE CIGNA GROUP | COM | 125523100 | - | 71270629 | 258096 | SH | - | SOLE | NONE | 258096 | 0 | 0 |
| THE ODP CORP | COM | 88337F105 | - | 221351 | 9734 | SH | - | SOLE | NONE | 9734 | 0 | 0 |
| THE REAL BROKERAGE INC | COM NEW | 75585H206 | - | 54648 | 11880 | SH | - | SOLE | NONE | 11880 | 0 | 0 |
| THE TRADE DESK INC | COM CL A | 88339J105 | - | 49507632 | 421234 | SH | - | SOLE | NONE | 421234 | 0 | 0 |
| THERAVANCE BIOPHARMA INC | COM | G8807B106 | - | 166378 | 17681 | SH | - | SOLE | NONE | 17681 | 0 | 0 |
| THERMO FISHER SCIENTIFIC INC | COM | 883556102 | - | 190792792 | 366747 | SH | - | SOLE | NONE | 366747 | 0 | 0 |
| THERMON GROUP HLDGS INC | COM | 88362T103 | - | 275214 | 9566 | SH | - | SOLE | NONE | 9566 | 0 | 0 |
| THOR INDS INC | COM | 885160101 | - | 4194108 | 43821 | SH | - | SOLE | NONE | 43821 | 0 | 0 |
| TIDEWATER INC NEW | COM | 88642R109 | - | 203576 | 3721 | SH | - | SOLE | NONE | 3721 | 0 | 0 |
| TILE SHOP HLDGS INC | COM | 88677Q109 | - | 1977524 | 285357 | SH | - | SOLE | NONE | 285357 | 0 | 0 |
| TIMKEN CO | COM | 887389104 | - | 5470582 | 76651 | SH | - | SOLE | NONE | 76651 | 0 | 0 |
| TITAN INTL INC ILL | COM | 88830M102 | - | 101646 | 14970 | SH | - | SOLE | NONE | 14970 | 0 | 0 |
| TJX COS INC NEW | COM | 872540109 | - | 132430593 | 1096189 | SH | - | SOLE | NONE | 1096189 | 0 | 0 |
| TKO GROUP HOLDINGS INC | CL A | 87256C101 | - | 7860388 | 55312 | SH | - | SOLE | NONE | 55312 | 0 | 0 |
| T-MOBILE US INC | COM | 872590104 | - | 101497172 | 459825 | SH | - | SOLE | NONE | 459825 | 0 | 0 |
| TOAST INC | CL A | 888787108 | - | 13621256 | 373697 | SH | - | SOLE | NONE | 373697 | 0 | 0 |
| TOLL BROTHERS INC | COM | 889478103 | - | 12379122 | 98286 | SH | - | SOLE | NONE | 98286 | 0 | 0 |
| TOPBUILD CORP | COM | 89055F103 | - | 8799091 | 28262 | SH | - | SOLE | NONE | 28262 | 0 | 0 |
| TOPGOLF CALLAWAY BRANDS CORP | COM | 131193104 | - | 323022 | 41097 | SH | - | SOLE | NONE | 41097 | 0 | 0 |
| TORO CO | COM | 891092108 | - | 9056026 | 113059 | SH | - | SOLE | NONE | 113059 | 0 | 0 |
| TOWNEBANK PORTSMOUTH VA | COM | 89214P109 | - | 682665 | 20043 | SH | - | SOLE | NONE | 20043 | 0 | 0 |
| TPG INC | COM CL A | 872657101 | - | 1682101 | 26768 | SH | - | SOLE | NONE | 26768 | 0 | 0 |
| TPG RE FIN TR INC | COM | 87266M107 | - | 526456 | 61936 | SH | - | SOLE | NONE | 61936 | 0 | 0 |
| TRACTOR SUPPLY CO | COM | 892356106 | - | 27133027 | 511365 | SH | - | SOLE | NONE | 511365 | 0 | 0 |
| TRADEWEB MKTS INC | CL A | 892672106 | - | 13288380 | 101500 | SH | - | SOLE | NONE | 101500 | 0 | 0 |
| TRANE TECHNOLOGIES PLC | SHS | G8994E103 | - | 79665840 | 215692 | SH | - | SOLE | NONE | 215692 | 0 | 0 |
| TRANSCAT INC | COM | 893529107 | - | 218776 | 2069 | SH | - | SOLE | NONE | 2069 | 0 | 0 |
| TRANSDIGM GROUP INC | COM | 893641100 | - | 68801898 | 54291 | SH | - | SOLE | NONE | 54291 | 0 | 0 |
| TRANSMEDICS GROUP INC | COM | 89377M109 | - | 483400 | 7753 | SH | - | SOLE | NONE | 7753 | 0 | 0 |
| TRANSUNION | COM | 89400J107 | - | 17659030 | 190476 | SH | - | SOLE | NONE | 190476 | 0 | 0 |
| TRAVEL PLUS LEISURE CO | COM | 894164102 | - | 5318086 | 105413 | SH | - | SOLE | NONE | 105413 | 0 | 0 |
| TRAVELERS COMPANIES INC | COM | 89417E109 | - | 51675723 | 214520 | SH | - | SOLE | NONE | 214520 | 0 | 0 |
| TRAVERE THERAPEUTICS INC | COM | 89422G107 | - | 362075 | 20785 | SH | - | SOLE | NONE | 20785 | 0 | 0 |
| TREACE MED CONCEPTS INC | COM | 89455T109 | - | 176365 | 23705 | SH | - | SOLE | NONE | 23705 | 0 | 0 |
| TREEHOUSE FOODS INC | COM | 89469A104 | - | 516657 | 14707 | SH | - | SOLE | NONE | 14707 | 0 | 0 |
| TREX CO INC | COM | 89531P105 | - | 7984907 | 115673 | SH | - | SOLE | NONE | 115673 | 0 | 0 |
| TRI POINTE HOMES INC | COM | 87265H109 | - | 2136657 | 58926 | SH | - | SOLE | NONE | 58926 | 0 | 0 |
| TRICO BANCSHARES | COM | 896095106 | - | 385259 | 8816 | SH | - | SOLE | NONE | 8816 | 0 | 0 |
| TRIMAS CORP | COM NEW | 896215209 | - | 420686 | 17108 | SH | - | SOLE | NONE | 17108 | 0 | 0 |
| TRIMBLE INC | COM | 896239100 | - | 18147184 | 256824 | SH | - | SOLE | NONE | 256824 | 0 | 0 |
| TRINET GROUP INC | COM | 896288107 | - | 856143 | 9432 | SH | - | SOLE | NONE | 9432 | 0 | 0 |
| TRINITY INDS INC | COM | 896522109 | - | 814004 | 23191 | SH | - | SOLE | NONE | 23191 | 0 | 0 |
| TRIPADVISOR INC | COM | 896945201 | - | 1637875 | 110892 | SH | - | SOLE | NONE | 110892 | 0 | 0 |
| TRIUMPH FINANCIAL INC | COM | 89679E300 | - | 562820 | 6193 | SH | - | SOLE | NONE | 6193 | 0 | 0 |
| TRIUMPH GROUP INC NEW | COM | 896818101 | - | 343325 | 18399 | SH | - | SOLE | NONE | 18399 | 0 | 0 |
| TRONOX HOLDINGS PLC | SHS | G9087Q102 | - | 366759 | 36421 | SH | - | SOLE | NONE | 36421 | 0 | 0 |
| TRUECAR INC | COM | 89785L107 | - | 136693 | 36647 | SH | - | SOLE | NONE | 36647 | 0 | 0 |
| TRUIST FINL CORP | COM | 89832Q109 | - | 59518141 | 1372018 | SH | - | SOLE | NONE | 1372018 | 0 | 0 |