# EXHIBIT D

# FORM 13F FILER INFORMATION

| | | | |
|---|---|---|---|
| 0000938076 | XXXXXXXX | File Number | 12-31-2021 |
| Filer CIK | Filer CCC | | Period |

Is this a LIVE or TEST Filing?                                    ⦿ LIVE ○ TEST

Would you like a return copy?                                    ☑ YES

Is this an electronic copy of an official filing submitted in paper format?    ☐ YES

## Submission Contact Information

Name

Phone

Email Address

## Notification Information

Notify via Filing website only?                                    ☐ YES

Notification will automatically be sent to the Login CIK, Submission Contact, and Primary Issuers. Specify additional addresses below.

## Notification Email Addresses:

**UNITED STATES
SECURITIES AND EXCHANGE
COMMISSION
Washington, D.C. 20549**

| OMB APPROVAL |
|---|
| OMB Number:  3235-0006 |
| Estimated Average burden |
| hours per response......23.8 |

# FORM 13F

## FORM 13F COVER PAGE

Report for the Calendar Year or Quarter Ended:  12-31-2021

Check here if Amendment: Amendment Number:

This Amendment (Check only one.):

☐ is a restatement.
☐ adds new holdings entries.

### Institutional Investment Manager Filing this Report:

Name:  STATE BOARD OF ADMINISTRATION OF FLORIDA RETIREMENT SYSTEM

Address:  1801 HERMITAGE BLVD, SUITE 100

P O BOX 13300

TALLAHASSEE                FL                32317-3300

Form 13F File Number:  028-03889

The institutional investment manager filing this report and the person by whom it is signed hereby represent that the person signing the report is authorized to submit it, that all information contained herein is true, correct and complete, and that it is understood that all required items, statements, schedules, lists, and tables, are considered integral parts of this form.

### Person Signing this Report on Behalf of Reporting Manager:

Name:  Lamar Taylor

Title:  Interim-Executive Director & CIO

Phone:  (850)488-4406

### Signature, Place, and Date of Signing:

| Lamar Taylor | Tallahassee, FLORIDA | 02-08-2022 |
|---|---|---|
| [Signature] | [City, State] | [Date] |

Do you wish to provide information pursuant to Special Instruction 5?          ◯ Yes  ◉ No

### Additional Information

### Report Type (Check only one.):

☑ 13F HOLDINGS REPORT. (Check here if all holdings of this reporting manager are reported in this report.)

☐ 13F NOTICE. (Check here if no holdings reported are in this report, and all holdings are reported by other reporting manager(s).)

☐ 13F COMBINATION REPORT. (Check here if a portion of the holdings for this reporting manager are reported in this report and a portion are reported by other reporting manager(s).)

**FORM 13F SUMMARY PAGE**

**Report Summary:**

Number of Other Included Managers:    0

Form 13F Information table Entry Total:    2403

Form 13F Information table Value Total:    55702863

(thousands)

☐ Confidential information has been omitted from the public Form 13F report and filed separately with the Commission.

**List of Other Included Managers:**

Provide a numbered list of the name(s) and Form 13F number(s) of all institutional investement managers with respect to which this report is filed, other than the manager filing this report.

NONE

# FORM 13F INFORMATION TABLE

| COLUMN 1 | COLUMN 2 | COLUMN 3 | COLUMN 4 | COLUMN 5 | | | COLUMN 6 | COLUMN 7 | COLUMN 8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME OF ISSUER | TITLE OF CLASS | CUSIP | VALUE (X$1000) | SHRS OR PRN AMT | SH / PRN | PUT / CALL | INVESTMENT DISCRETION | OTHER MANAGER | VOTING AUTHORITY | | |
| | | | | | | | | | SOLE | SHARED | NONE |
| ADIENT PL | ORD SHS | G0084W10 | 1733 | 36192 | SH | | SOLE | NONE | 36192 | 0 | 0 |
| ALLEGION | ORD SHS | G0176J10 | 15177 | 114599 | SH | | SOLE | NONE | 114599 | 0 | 0 |
| ALKERMES | SHS | G0176710 | 1622 | 69730 | SH | | SOLE | NONE | 69730 | 0 | 0 |
| AMCOR PL | ORD | G0250X10 | 21100 | 1756899 | SH | | SOLE | NONE | 1756899 | 0 | 0 |
| AMDOCS L | SHS | G0260210 | 13916 | 185944 | SH | | SOLE | NONE | 185944 | 0 | 0 |
| AMBARELL | SHS | G037AX10 | 2714 | 13375 | SH | | SOLE | NONE | 13375 | 0 | 0 |
| AON PLC | SHS CL A | G0403H10 | 80604 | 268179 | SH | | SOLE | NONE | 268179 | 0 | 0 |
| ARCH CAP | ORD | G0450A10 | 20745 | 466708 | SH | | SOLE | NONE | 466708 | 0 | 0 |
| ARGO GRC | COM | G0464B10 | 925 | 15911 | SH | | SOLE | NONE | 15911 | 0 | 0 |
| ASSURED | COM | G0585R10 | 5096 | 101520 | SH | | SOLE | NONE | 101520 | 0 | 0 |
| ATLASSIAN | CL A | G0624210 | 59899 | 157095 | SH | | SOLE | NONE | 157095 | 0 | 0 |
| ATHENE H | CL A | G0684D10 | 11885 | 142629 | SH | | SOLE | NONE | 142629 | 0 | 0 |
| AXIS CAP I | SHS | G0692U10 | 5714 | 104907 | SH | | SOLE | NONE | 104907 | 0 | 0 |
| AXALTA CC | COM | G0750C10 | 7389 | 223093 | SH | | SOLE | NONE | 223093 | 0 | 0 |
| BANK OF N | SHS NEW | G0772R20 | 673 | 17662 | SH | | SOLE | NONE | 17662 | 0 | 0 |
| BIOHAVEN | COM | G1119610 | 2760 | 20025 | SH | | SOLE | NONE | 20025 | 0 | 0 |
| ACCENTUF | SHS CLAS | G1151C10 | 320661 | 773517 | SH | | SOLE | NONE | 773517 | 0 | 0 |
| MIMECAST | ORD SHS | G1483810 | 1445 | 18160 | SH | | SOLE | NONE | 18160 | 0 | 0 |
| BUNGE LIN | COM | G1696210 | 14857 | 159139 | SH | | SOLE | NONE | 159139 | 0 | 0 |
| CAPRI HOL | SHS | G1890L10 | 11021 | 169787 | SH | | SOLE | NONE | 169787 | 0 | 0 |
| CIMPRESS | SHS EURO | G2143T10 | 538 | 7515 | SH | | SOLE | NONE | 7515 | 0 | 0 |
| CLARIVATE | ORD SHS | G2181010 | 8966 | 381219 | SH | | SOLE | NONE | 381219 | 0 | 0 |
| COCA-COL | SHS | G2583910 | 1744 | 31179 | SH | | SOLE | NONE | 31179 | 0 | 0 |
| CUSHMAN | SHS | G2717B10 | 444 | 19949 | SH | | SOLE | NONE | 19949 | 0 | 0 |
| EATON CO | SHS | G2918310 | 86161 | 498558 | SH | | SOLE | NONE | 498558 | 0 | 0 |
| ENDO INTI | SHS | G3040110 | 396 | 105290 | SH | | SOLE | NONE | 105290 | 0 | 0 |
| ENSTAR G | SHS | G3075P10 | 292 | 1179 | SH | | SOLE | NONE | 1179 | 0 | 0 |
| ESSENT GI | COM | G3198U10 | 1839 | 40390 | SH | | SOLE | NONE | 40390 | 0 | 0 |
| EVEREST F | COM | G3223R10 | 10526 | 38429 | SH | | SOLE | NONE | 38429 | 0 | 0 |
| FABRINET | SHS | G3323L10 | 1430 | 12068 | SH | | SOLE | NONE | 12068 | 0 | 0 |
| FRESH DE | ORD | G3673810 | 454 | 16454 | SH | | SOLE | NONE | 16454 | 0 | 0 |
| FRONTLIN | SHS NEW | G3682E19 | 260 | 36768 | SH | | SOLE | NONE | 36768 | 0 | 0 |
| EROS STX | SHS NEW | G3788M11 | 23 | 94949 | SH | | SOLE | NONE | 94949 | 0 | 0 |
| GATES INE | ORD SHS | G3910810 | 821 | 51616 | SH | | SOLE | NONE | 51616 | 0 | 0 |
| GENPACT I | SHS | G3922B10 | 12987 | 244661 | SH | | SOLE | NONE | 244661 | 0 | 0 |
| GREENLIG | CLASS A | G4095J10 | 285 | 36415 | SH | | SOLE | NONE | 36415 | 0 | 0 |

| Name | Class | CUSIP | Value | Shares | Type | | Sole | None | Shared | Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TAKE-TWO | COM | 87403410 | 27653 | 155630 | SH | | SOLE | NONE | 155630 | 0 | 0 |
| TALOS ENI | COM | 87484T10 | 138 | 14108 | SH | | SOLE | NONE | 14108 | 0 | 0 |
| TANDEM D | COM NEW | 87537220 | 11160 | 74141 | SH | | SOLE | NONE | 74141 | 0 | 0 |
| TANGER F/ | COM | 87546510 | 775 | 40192 | SH | | SOLE | NONE | 40192 | 0 | 0 |
| TAPESTRY | COM | 87603010 | 12735 | 313667 | SH | | SOLE | NONE | 313667 | 0 | 0 |
| TARGET CC | COM | 87612E10 | 150681 | 651060 | SH | | SOLE | NONE | 651060 | 0 | 0 |
| TARGA RE! | COM | 87612G10 | 13293 | 254462 | SH | | SOLE | NONE | 254462 | 0 | 0 |
| TAYLOR MC | COM | 87724P10 | 1323 | 37829 | SH | | SOLE | NONE | 37829 | 0 | 0 |
| TCR2 THEI | COM | 87808K10 | 87 | 18566 | SH | | SOLE | NONE | 18566 | 0 | 0 |
| TEAM INC | COM | 87815510 | 29 | 26882 | SH | | SOLE | NONE | 26882 | 0 | 0 |
| TECHTARC | COM | 87874R10 | 992 | 10372 | SH | | SOLE | NONE | 10372 | 0 | 0 |
| TEGNA INC | COM | 87901J105 | 1787 | 96306 | SH | | SOLE | NONE | 96306 | 0 | 0 |
| TEJON RAN | COM | 87908010 | 484 | 25354 | SH | | SOLE | NONE | 25354 | 0 | 0 |
| TELADOC | COM | 87918A10 | 17015 | 185303 | SH | | SOLE | NONE | 185303 | 0 | 0 |
| TELEDYNE | COM | 87936010 | 25081 | 57408 | SH | | SOLE | NONE | 57408 | 0 | 0 |
| TELEFLEX | COM | 87936910 | 18403 | 56024 | SH | | SOLE | NONE | 56024 | 0 | 0 |
| TELEPHON | COM NEW | 87943382 | 1605 | 79655 | SH | | SOLE | NONE | 79655 | 0 | 0 |
| TELLURIAN | COM | 87968A10 | 374 | 121474 | SH | | SOLE | NONE | 121474 | 0 | 0 |
| TEMPUR S | COM | 88023U10 | 12329 | 262155 | SH | | SOLE | NONE | 262155 | 0 | 0 |
| TENABLE I | COM | 88025T10 | 1048 | 19030 | SH | | SOLE | NONE | 19030 | 0 | 0 |
| 10X GENO | CL A COM | 88025U10 | 13784 | 92537 | SH | | SOLE | NONE | 92537 | 0 | 0 |
| TENET HE/ | COM NEW | 88033G40 | 3206 | 39240 | SH | | SOLE | NONE | 39240 | 0 | 0 |
| TENNANT | COM | 88034510 | 547 | 6744 | SH | | SOLE | NONE | 6744 | 0 | 0 |
| TENNECO | CL A VTG | 88034910 | 237 | 20963 | SH | | SOLE | NONE | 20963 | 0 | 0 |
| TERADATA | COM | 88076W1( | 5908 | 139117 | SH | | SOLE | NONE | 139117 | 0 | 0 |
| TERADYNE | COM | 88077010 | 37273 | 227925 | SH | | SOLE | NONE | 227925 | 0 | 0 |
| TEREX CO | COM | 88077910 | 1499 | 34112 | SH | | SOLE | NONE | 34112 | 0 | 0 |
| TERMINIX | COM | 88087E10 | 6751 | 149249 | SH | | SOLE | NONE | 149249 | 0 | 0 |
| TERRENO | COM | 88146M1( | 2500 | 29311 | SH | | SOLE | NONE | 29311 | 0 | 0 |
| TESLA INC | COM | 88160R10 | 1021744 | 966846 | SH | | SOLE | NONE | 966846 | 0 | 0 |
| TETRA TEC | COM | 88162G10 | 3383 | 19921 | SH | | SOLE | NONE | 19921 | 0 | 0 |
| TEVA PHAI | SPONSORI | 88162420 | 494 | 61621 | SH | | SOLE | NONE | 61621 | 0 | 0 |
| TEXAS CAI | COM | 88224Q10 | 1084 | 17992 | SH | | SOLE | NONE | 17992 | 0 | 0 |
| TEXAS INS | COM | 88250810 | 209354 | 1110810 | SH | | SOLE | NONE | 1110810 | 0 | 0 |
| TEXAS PAC | COM | 88262P10 | 5800 | 4644 | SH | | SOLE | NONE | 4644 | 0 | 0 |
| TEXAS RO/ | COM | 88268110 | 2395 | 26828 | SH | | SOLE | NONE | 26828 | 0 | 0 |
| TEXTRON | COM | 88320310 | 24198 | 313446 | SH | | SOLE | NONE | 313446 | 0 | 0 |
| TG THERA | COM | 88322Q10 | 968 | 50923 | SH | | SOLE | NONE | 50923 | 0 | 0 |
| THE ODP ( | COM | 88337F10 | 804 | 20464 | SH | | SOLE | NONE | 20464 | 0 | 0 |