# EXHIBIT E

CASE 0:25-cv-04380-NEB-SGE    Doc. 61-5    Filed 08/07/25    Page 2 of 3

  

# Florida SBA Files Class Action Lawsuit Against Target for Harming Shareholders

by Boyden Gray Staff | Feb 20, 2025 | News

**Washington, D.C. –** The State Board of Administration of Florida just filed a complaint against Target Corp. over customer backlash following the brand's 2023 "pride month" campaign. SBA is represented by Boyden Gray, America First Legal, and Lawson Huck Gonzalez.

SBA's complaint echoes the one we filed in 2023 on behalf of individual investors. SBA manages Florida's pension fund – which holds millions in shares of Target stock.

But today's filing ensures these claims will be part of a class-action lawsuit to hold Target accountable for harming shareholders.

A U.S. District Court already denied Target's motion to dismiss last December. In its order, the court noted that "pleaded facts demonstrate that it is plausible that Target, its Board, and its [Governance & Sustainability Committee] may have ignored social and political risks relating to the 2023 Pride Month Campaign."

Moreover, the court noted, "It is plausible that [Target's] risk disclosures were knowingly false" because the allegations "demonstrate that it is plausible that Defendants knew or should have known that a new and more aggressive Pride Month campaign posed a risk of backlash and financial repercussions."

Copyright © 2025 Boyden Gray PLLC. The content of this website is provided for informational purposes only and does not constitute legal advice. Boyden Gray PLLC has no duty to keep confidential any

CASE 0:25-cv-04380-NEB-SGE    Doc. 61-5    Filed 08/07/25    Page 3 of 3

information communicated to the firm by non-clients. Communicating with the firm does not establish an

attorney-client relationship.