# Exhibit A

| | |
|---|---|
| **From:** | Goldstein, Sandra C. |
| **Sent:** | Thursday, March 6, 2025 9:46 AM |
| **To:** | jberry@boydengray.com |
| **Cc:** | Rodney, Alexander; asmith@boydengray.com; andrew.block@aflegal.org; sameul@lawsonhuckgonzalez.com |
| **Subject:** | FL SBA v. Target case - consent/waiver |
| **Attachments:** | 2025.02.26 [039-00] Text Order Granting [15] Motion to Extend.pdf; Douglas M. Baker Waiver of Service Form.pdf; George S. Barrett Waiver of Service Form.pdf; Gail K. Boudreaux Waiver of Service Form.pdf; Robert L. Edwards Waiver of Service Form.pdf; Melanie L. Healey Waiver of Service Form.pdf; Donald R. Knauss Waiver of Service Form.pdf; Christine A. Leahy Waiver of Service Form.pdf; Monica C. Lozano Waiver of Service Form.pdf; Grace Puma Waiver of Service Form.pdf; Derica W. Rice Waiver of Service Form.pdf; Dmitri L. Stockton Waiver of Service Form.pdf; Target Corp. Waiver of Service Form.pdf; Brian C. Cornell Waiver of Service Form.pdf; David P. Abney Waiver of Service Form.pdf |

Thanks, Jonathan.  We consent to your pro hacs.

We're also prepared to waive service.  We note that your putative class action ("*SBA*") is marked as related to another putative class action currently pending captioned *City of Riviera Beach Police Pension Fund v. Target Corp.*, No. 2:25-cv-00085 (M.D. Fla.) ("*City of Riviera*"), and that you have sought to avail yourself of the PSLRA's lead plaintiff appointment process triggered by the *City of Riviera* class action.  *SBA* Compl. 1 (stating that City of Riviera "asserts 'substantially the same claim or claims' as this case for purposes of 15 U.S.C. § 78u-4(a)(3)(A)(ii)").  Consistent with the Court's order in *City of Riviera*, once the Court appoints a lead plaintiff, we look forward to reaching out to the Court-appointed Lead Plaintiff to discuss a proposed scheduling order, including the timeline for our response to the complaint that is ultimately designated as operative. *City of Riviera*, Dkt. 39 ("The deadline for Defendants' responsive pleading is extended until Court-appointed lead plaintiff files an amended complaint or designates the current complaint as the operative complaint. Discovery is also stayed until the pleadings are closed. And finally, the parties are directed to meet and confer, within fourteen (14) days of the appointment of lead plaintiff, and submit a proposed scheduling order.").

Best, Sandra

**Sandra C. Goldstein, P.C.**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T**  +1 212 446 4779
**M** +1 646 515 6186

sandra.goldstein@kirkland.com

**From:** Jonathan Berry <jberry@boydengray.com>
**Sent:** Wednesday, March 5, 2025 2:38 PM
**To:** Goldstein, Sandra C. <sandra.goldstein@kirkland.com>
**Cc:** Rodney, Alexander <alexander.rodney@kirkland.com>; Andrew Smith <asmith@boydengray.com>; Andrew Block <andrew.block@aflegal.org>; Samuel Salario <samuel@lawsonhuckgonzalez.com>
**Subject:** FL SBA v. Target case - consent/waiver

**This message is from an EXTERNAL SENDER**

Be cautious, particularly with links and attachments.

Sandra,

I wanted to reach out with two questions regarding *State Board of Administration of Florida v. Target Corp.*, which is case number 2:25-cv-135 in the Middle District of Florida.  I represent the State Board of Administration of Florida.

1. Do you consent to special admission motions from myself and Andrew Smith from Boyden Gray PLLC, and Andrew Block from America First Legal?

2. Do you waive service for all the defendants?

   A notice of the lawsuit, the form for a waiver, and a copy of the complaint are attached to this email.  Under FCRP 4(d), I am required to inform you that there are consequences for not waiving service, including the possibility of defendants having to pay costs of service, and also consequences for waiving service, such as a longer response period.  This request is sent on March 5, 2025. I will also have paper copies sent per FRCP 4(d), although a signed and returned PDF of the waiver form for each defendant would suffice for our purposes.

Thanks,
Jonathan

2

# *City of Riviera Beach Police Pension Fund v. Target Corporation et al*

**Florida Middle District Court**

Case no. 2:25-cv-00085-JLB-KCD (M.D. Fla.)
Filed date: February 26, 2025
Docket entry no.: 39

Docket text:

> ENDORSED ORDER granting 15 Joint Motion to Extend Response Deadline. The deadline for Defendants' responsive pleading is extended until Court-appointed lead plaintiff files an amended complaint or designates the currentcomplaint as the operative complaint. Discovery is also stayed until the pleadings are closed. And finally, the parties are directed to meet and confer, within fourteen (14) days of the appointment of lead plaintiff, and submit a proposed scheduling order. Signed by Magistrate Judge Kyle C. Dudek on 2/26/2025. (Dudek, Kyle) (Entered: 02/26/2025)

This PDF was generated on February 26, 2025 by PacerPro for a text-only docket entry.

https://app.pacerpro.com/cases/1080467901