**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| In re Target Corp. Securities Class Action Litigation | No. 2:25-cv-00135-JLB-KCD |

**OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO SUBMIT A REPLY IN SUPPORT OF THEIR RENEWED MOTION TO TRANSFER**

Defendants seek leave to submit a reply in support of their renewed motion to transfer this case to Minnesota. ECF No. 66.

Plaintiffs previously consented when Defendants sought leave to file a reply in support of transfer in the underlying *Craig* case. *See Craig v. Target Corp.*, No. 2:23-cv-599 (M.D. Fla. Mar. 5, 2024), ECF No. 85 at 3 (noting "Plaintiffs consented to this relief").

However, Plaintiffs[1] oppose Defendants' request for another reply brief in support of transfer. These issues have already been litigated extensively, and the Court has already rejected transfer in a detailed order. *See Craig v. Target Corp.*, No. 2:23-cv-599, 2024 WL 4981026 (M.D. Fla. Dec. 4, 2024) (Badalamenti, J.). The Court should deny leave to submit yet another brief on the question of transfer.

---

[1] The State Board of Administration of Florida, Brian Craig, Steven Cook, Carole Bowe, Laura Thompson, and Inspire Advisors, LLC.

Dated: August 18, 2025                    Respectfully submitted,

/s/ R. Trent McCotter

JAMES UTHMEIER (FBN: 113156)          R. TRENT MCCOTTER (*pro hac vice*)
Attorney General                          *LEAD COUNSEL*
State of Florida                      JONATHAN BERRY (*pro hac vice*)
Office of the Attorney General        Boyden Gray PLLC
The Capitol, Pl-01                    800 Connecticut Avenue NW
Tallahassee, Florida 32399-1050       Suite 900
(850) 414-330                         Washington, DC 20006
                                      (202) 706-5488
                                      tmccotter@boydengray.com

JASON B. GONZALEZ (FBN: 146854)
PAUL C. HUCK, JR. (FBN: 968358)       ANDREW J. BLOCK (*pro hac vice*)
SAMUEL J. SALARIO, JR. (FBN: 083460)  America First Legal Foundation
Lawson Huck Gonzalez, PLLC            611 Pennsylvania Avenue S.E.
215 S. Monroe Street, Suite 320       No. 231
Tallahassee, FL 32301                 Washington, D.C. 20003
(850) 825-4334                        (202) 964-3721
jason@lawsonhuckgonzalez.com          andrew.block@aflegal.org

*Counsel for Plaintiffs State Board of Administration of Florida, Steven Cook, Carol Bowe, Inspire Advisors, LLC, Laura Thompson, and Brian Craig*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I filed the foregoing with the Clerk of Court via the Court's CM/ECF system, which will serve all counsel.

/s/ R. Trent McCotter

R. Trent McCotter

2