**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Case No. 2:25-cv-00135-JLB-KCD |
| *In re Target Corp. Shareholder Derivative Litigation* | Case No. 2:25-cv-00021-JLB-KCD |

**DECLARATION OF ALEXANDER J. RODNEY**
**IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER**
**SUPPORT OF THEIR OMNIBUS MOTION TO TRANSFER**

I, Alexander J. Rodney, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a partner with the law firm of Kirkland & Ellis LLP.  My firm represents Defendant/Nominal Defendant Target Corporation ("Target") and Defendants Brian C. Cornell, David P. Abney, Douglas M. Baker, Jr., George S. Barrett, Gail K. Boudreaux, Robert L. Edwards, Donald R. Knauss, Christine A. Leahy, Monica C. Lozano, Grace Puma, Derica W. Rice, Dmitri L. Stockton, Melanie L. Healey, Mary E. Minnick, and Michael J. Fiddelke (collectively, "Defendants") in the above-captioned actions.  I am a member in good standing of the Bar of the State of New York, and this Court has granted my application to appear *pro hac vice*.

2.      I have personal knowledge of the facts set forth herein, and I am competent to testify to the matters set forth below.  I submit this declaration in support of Defendants' Reply in Further Support of their Omnibus Motion to Transfer.

3.      Attached hereto are true and correct copies of the following exhibits cited in Defendants' Reply in Further Support of their Omnibus Motion to Transfer:

| Exhibit | Document |
|---|---|
| A | Target's and Defs.' Opp'n to Pl.'s Mot. for Voluntary Dismissal, *Ranacis v. Cornell*, No. 0:25-cv-02743 (D. Minn. Sep. 2, 2025), ECF. No. 54 |
| B | Decl. of Alexander J. Rodney in Support of Target's and Defs.' Opp'n to Pl.'s Mot. for Voluntary Dismissal, *Ranacis v. Cornell*, No. 0:25-cv-02743, (D. Minn. Sep. 2, 2025), ECF. No. 55 |
| C | Am. Notice of Hr'g on Mot. to Dismiss/General, *Ranacis v. Cornell*, No. 0:25-cv-02743 (D. Minn. Sept. 5, 2025), ECF. No. 57 |

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed:    September 9, 2025
             New York, New York          /s/ Alexander J. Rodney
                                         Alexander J. Rodney (*pro hac vice*)
                                         KIRKLAND & ELLIS LLP
                                         601 Lexington Avenue
                                         New York, NY 10022
                                         Telephone: (212) 446-4779
                                         alexander.rodney@kirkland.com

                                         *Counsel for Target Corporation and Defendants*

2

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

/s/ Alexander J. Rodney
Alexander J. Rodney (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4779
alexander.rodney@kirkland.com