**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Case No. 2:25-cv-00135-JLB-KCD |
| *In re Target Corp. Shareholder Derivative Litigation* | Case No. 2:25-cv-00021-JLB-KCD |

**DECLARATION OF BRIAN K. DOWNS IN FURTHER SUPPORT OF
DEFENDANTS' OMNIBUS MOTION TO TRANSFER**

I, BRIAN K. DOWNS, declare as follows:

1.      I am a paralegal on the Corporate Law team at Target Corporation ("Target").  I have personal knowledge of the facts set forth in this declaration in my capacity as an employee for Target and based on records that I requested and obtained from its transfer agent, EQ Shareowner Services ("EQ"), and could and would competently testify to such records under oath if called as a witness.

2.      In the ordinary course of business, Target maintains a registry of Target shareholders through its transfer agent, EQ, which is located in Minnesota.

3.      EQ can pull reports from the registry showing the total number of shareholder accounts by geographic location as of a specific date.

4.      On August 19 and 25, 2025, I requested that EQ pull reports showing the total number of shareholder accounts by geographic location as of the following dates: April 11, 2022; April 17, 2023; May 16, 2023; August 15, 2023; and November 19, 2024.  I received the requested reports the same day or within less than 24 hours.

5.      The reports showed the following:

   a. As of **April 11, 2022**, 6.0% of Target's shareholder accounts were located in Florida and 15.9% were located in Minnesota.

   b. As of **April 17, 2023**, 6.0% of Target's shareholder accounts were located in Florida and 16.0% were located in Minnesota.

   c. As of **May 16, 2023**, 6.0% of Target's shareholder accounts were located in Florida and 16.0% were located in Minnesota.

  d. As of **August 15, 2023**, 5.9% of Target's shareholder accounts were located in Florida and 16.0% were located in Minnesota.

  e. As of **November 19, 2024**, 6.0% of Target's shareholder accounts were located in Florida and 15.9% were located in Minnesota.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: August 29, 2025

                    Brian K. Downs

2