UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDREW RANACIS,

      Plaintiff,

v.                                     Civil No. 25-2743 (NEB/SGE)

BRIAN C. CORNELL, ET AL,

      Defendants.

_____

IN RE: TARGET CORP.                    Civil No. 25-4377 (NEB/SGE)
SHAREHOLDER DERIVATIVE
ACTION LITIGATION

_____

IN RE: TARGET CORP.                    Civil No. 25-4380 (PJS/SGE)
SHAREHOLDER DERIVATIVE ACTION
LITIGATION

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case Nos. 25-cv-2743 (NEB/SGE) and 25-cv-4377 (NEB/SGE) having been assigned to Judge Nancy E. Brasel and Magistrate Judge Shannon G. Elkins and Case No. 25-cv-4380 (PJS/SGE) having later been assigned to Chief Judge Patrick J. Schiltz and Magistrate Judge Shannon G. Elkins, and said matters being related cases,

1

**IT IS HEREBY ORDERED** that Case No.  25-cv-4380 (PJS/SGE) be assigned to Judge Nancy E. Brasel and Magistrate Shannon G. Elkins nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.


Dated: November 20, 2025                                  s/ Nancy E. Brasel
                                                         NANCY E. BRASEL
                                                         United States District Judge


Dated: November 20, 2025                                  /s/ Patrick J. Schiltz
                                                         PATRICK J. SCHILTZ
                                                         Chief United States District Judge