UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


ANDREW RANACIS,

       Plaintiff,

v.                                             Civil No. 25-2743 (NEB/SGE)

BRIAN C. CORNELL, ET AL,

       Defendants.
_____


IN RE: TARGET CORP.                      Civil No. 25-4377 (NEB/SGE)
SHAREHOLDER DERIVATIVE
ACTION LITIGATION

_____


IN RE: TARGET CORP.                      Civil No. 25-4380 (NEB/SGE)
SHAREHOLDER DERIVATIVE ACTION
LITIGATION

_____


RYAN MURPHY,

       Plaintiff,

v.                                             Civil No. 25-4460 (JWB/DTS)

BRIAN C. CORNELL, ET AL,

       Defendants.
_____

1

_____

CITY OF RIVIERA BEACH POLICE PENSION FUND, ET AL.,

      Plaintiffs,

v.                                                                              Civil No. 25-4461 (JWB/DLM)

TARGET CORPORATION, ET AL,

      Defendants.

---

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Case Nos. 25-cv-2743 (NEB/SGE), 25-cv-4377 (NEB/SGE) and 25-cv-4380 (NEB/SGE) having been assigned to Judge Nancy E. Brasel and Magistrate Judge Shannon G. Elkins and Case Nos. 25-cv-4460 (JWB/DTS) and 25-cv-4461 (JWB/DLM) having later been assigned to Judge Jerry W. Blackwell, Magistrate Judge David T. Schultz, and Magistrate Judge Douglas L. Micko, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case Nos. 25-cv-4460 (JWB/DTS) and 25-cv-4461 (JWB/DLM) be assigned to Judge Nancy E. Brasel and Magistrate Shannon G. Elkins nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: December 1, 2025                               s/ Nancy E. Brasel
                                                      NANCY E. BRASEL
                                                      United States District Judge

Dated: December 1, 2025                               s/ Jerry W. Blackwell
                                                      JERRY W. BLACKWELL
                                                      United States District Judge