**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Case No. 0:25-cv-04380-NEB-SGE |

**MOTION FOR ADMISSION TO APPEAR**
**PRO HAC VICE OF VINCENT J. PONTRELLO**

Lead Plaintiff movant State Teachers Retirement System of Ohio ("Ohio STRS") respectfully requests this Court grant admission pro hac vice for Vincent J. Pontrello and states as follows:

**AFFIDAVIT OF MOVANT**

I, Gregg M. Fishbein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Vincent J. Pontrello, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Southern District of New York, but not admitted to the bar of this Court, who will be counsel for the lead plaintiff movant Ohio STRS in the case listed above.

I am aware that the local rules of this Court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this Court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this Court must participate actively in the preparation and/or presentation of this case.

Dated:  December 10, 2025

Respectfully submitted,

*/s/ Gregg M. Fishbein*
Gregg M. Fishbein
LOCKRIDGE FRINDAL NAUEN, PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
gmfishbein@locklaw.com

*Attorney for Lead Plaintiff Movant Ohio STRS*

## <u>AFFIDAVIT OF PROPOSED ADMITTEE</u>

I, Vincent J. Pontrello, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but am not admitted to the bar of this Court.  I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this Court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d).  I further understand that although LR 83.5(d) does not itself required that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this Court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules.  I further understand that pursuant to LR 83.6(a), if this Court grants admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct.  I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(d) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Dated: December 9, 2025

By: */s/ Vincent J. Pontrello*
Vincent J. Pontrello (NY 55744504)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-801
vpontrello@gelaw.com