

485 Lexington Avenue, 29th Floor, New York, NY 10017        tel: 646.722.8500  fax: 646.722.8501

123 Justison Street
7th Floor
Wilmington, DE 19801
tel: 302.622.7000
fax: 302.622.7100

30 N. LaSalle Street
Suite 2350
Chicago, IL 60602
tel: 312.610.5350
fax: 312.214.0001

2325 Third Street
Suite 329
San Francisco, CA 94107
tel: 415.229.9720
fax: 415.789.4367

3600 Clipper Mill Road
Suite 240
Baltimore, MD 21211
tel: 410.204.1045

5 Christy Drive
Brandywine Two, Suite 200
Chadds Ford, PA 19317
tel: 610.228.7700

www.gelaw.com

Karin E. Fisch
Principal
(646) 722-8538
kfisch@gelaw.com

March 17, 2026

**VIA CM/ECF**

The Honorable Judge Nancy E. Brasel
Courtroom 13W
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

   Re:  *In re Target Corp. Securities Class Action Litigation*; Case No. 0:25-cv-04380

Dear Judge Brasel:

Lead Plaintiff movant State Teachers' Retirement System of Ohio ("STRS")[1] respectfully writes regarding the procedural posture of this Action following its transfer to this Court from the Middle District of Florida (ECF No. 80).

This Action arises under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), which requires the appointment of a Lead Plaintiff to oversee the prosecution of the case.   On July 24, 2025, while the case was pending in the Middle District of Florida, the court granted consolidation of the related actions and directed that the two pending motions for appointment as Lead Plaintiff and approval of Lead Counsel (collectively, the "Lead Plaintiff Motions") be re-filed in the consolidated action.  *See* ECF No. 44.  In accordance with that order, on August 7, 2025, the competing Lead Plaintiff Motions were timely re-filed.  *See* ECF Nos. 56–63.

Thereafter, on November 14, 2025, the Middle District of Florida granted Defendants' Omnibus Motion to Transfer (ECF No. 50), and the case was subsequently transferred to this Court (ECF No. 80).  At the time transfer was ordered, the Lead Plaintiff Motions were fully submitted and were ready for decision. No oral argument was held and no ruling issued prior to transfer.   The motions have therefore remained pending since August 7, 2025.  *See* ECF Nos. 56–63.

---

[1] STRS is listed as a Consolidated Plaintiff on the current docket.

The Honorable Nancy E. Brasel
March 17, 2026
Page 2

As appointment of a Lead Plaintiff is required under the PSLRA before the Action may proceed, resolution of the pending motions will permit the case to move forward.  STRS respectfully submits that the motions may be decided on the existing record and is prepared to present oral argument at the Court's convenience

STRS submits this letter solely to ensure that the Court is fully apprised of the procedural history and stands ready to proceed in whatever manner the Court deems appropriate.

<div style="margin-left: 50%;">

Very truly yours,

*/s/ Karin E. Fisch*
Karin E. Fisch, Esq.

*Counsel for Lead Plaintiff Movant State Teachers' Retirement System of Ohio*

</div>

cc: All Counsel of Record (via CM/ECF)