## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE TARGET CORPORATION CLASS
ACTION LITIGATION,

Case No. 25-CV-4380 (NEB/SGE)

ORDER

Having considered the Joint Stipulation Regarding Appointment of Co-Lead Plaintiffs and Approval of Co-Lead Counsel (the "Stipulation") submitted by State Teachers' Retirement System of Ohio ("STRS") and the State Board of Administration of Florida ("SBA," and together with STRS, the "Movants"),

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation (ECF No. 111) is GRANTED;

2. All securities class actions arising out of the same facts and claims on behalf of purchasers of Target Corporation securities subsequently filed in, or transferred to, this District shall be consolidated into this action. The parties shall notify the Court of any other such related action within a reasonable time of becoming aware of such related action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

3. Movants are hereby APPOINTED as Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

4. Movants' selection of Grant & Eisenhofer P.A. and Boyden Gray PLLC as Lead Counsel is hereby APPROVED, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

Dated: June 15, 2026                                    BY THE COURT:

                                                        s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Judge