**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re Target Corp. Securities Class Action Litigation | Case No. 25-cv-4380 (NEB/SGE) |
| Craig v. Target Corp. | Case No. 25-cv-4434 (NEB/SGE) |
| City of Riviera v. Target Corp. | Case No. 25-cv-4461 (NEB/SGE) |

---

The Court is in receipt of the parties' letter in response to the Court's scheduling of a status conference for the above cases on October 7, 2026. In the letter, the parties state that because Defendants will soon file a motion to dismiss in each of the above cases, a status conference is premature. Based on the parties' representations, the Court no longer finds that a status conference is necessary at this time. Further, because counsel have not made an appearance on behalf of Plaintiffs in *City of Riviera*, the Court will order that such appearances be made.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The status conference set for October 7, 2026, at 2:00 is cancelled; and

2. Plaintiffs' counsel are ordered to make appearances in *City of Riviera* by October 9, 2026.

Date: October 7, 2026

*s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge