**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Case No. 0:25-cv-04380-NEB-SGE |

**DECLARATION OF ALEXANDER J. RODNEY**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

I, Alexander J. Rodney, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner with the law firm of Kirkland & Ellis LLP and counsel of record for Defendants Target Corporation, Brian C. Cornell, David P. Abney, Douglas M. Baker, Jr., George S. Barrett, Gail K. Boudreaux, Robert L. Edwards, Melanie L. Healey, Donald R. Knauss, Christine A. Leahy, Monica C. Lozano, Grace Puma, Derica W. Rice, and Dmitri L. Stockton (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the Bar of the State of New York. This Court granted my application to appear *pro hac vice* in this action on November 24, 2025. (ECF 88.)

2. I submit this Declaration in Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Complaint.

3. Attached hereto are true and correct copies of the exhibits cited in Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. The table below also identifies the paragraphs in the Consolidated Amended Complaint ("AC") that refer to and incorporate the exhibits:

| Exhibit | Description |
|---|---|
| 1 | Target Corp., 2021 Annual Report (Form 10-K) (Mar. 9, 2022), https://www.sec.gov/ix?doc=/Archives/edgar/data/0000027419/000002741922000007/tgt-20220129.htm, which is cited in paragraphs 58, 65, 75, and 240 of the AC. |
| 2 | Target Corp., 2022 Annual Report (Form 10-K) (Mar. 8, 2023), https://www.sec.gov/Archives/edgar/data/27419/000002741923000015/tgt-20230128.htm, which is cited in paragraphs 17, 74-76, 79-80, 82-84, 115, 131, and 240 of the AC. |
| 3 | Target Corp. Q1'23 Earnings Call Transcript, Edited Transcript (May 17, 2023), https://corporate.target.com/getmedia/a32499c2-0f20-4d33-9d6b-2265cf7fd95d/2023-05-17-Q1-Transcript-TGT.pdf, which is cited in paragraph 85 of the AC. |
| 4 | Target Corp. Q2'23 Earnings Call Transcript, Edited Transcript (Aug. 16, 2023), https://corporate.target.com/getmedia/d2af905f-82f7-4602-ba27-053e6cf50c1a/2023-08-16-Q2-Transcript-TGT.pdf, which is cited in paragraphs 10 and 171 of the AC. |
| 5 | Target Corp., 2022 Target Environmental, Social and Governance Report, https://corporate.target.com/getmedia/6fa88845-4341-4654-a554-5d58c553e88c/2022_Target_ESG_Report.pdf, which is cited in paragraphs 108 and 111 of the AC. |
| 6 | Target Corp., 2022 Proxy Statement and Notice of Annual Meeting of Shareholders (Form DEF 14A) (Apr. 25, 2022), https://www.sec.gov/Archives/edgar/data/27419/000130817922000265/ltgt2022_def14a.htm, which is cited in paragraphs 13-14, 17, 20-28, 30-31, 49, 51, 96-104, 108, 126-28, 136, 179, 183-84, 196, 198, 202, 214, 219, and 240 of the AC. |
| 7 | Target Corp., 2023 Proxy Statement and Notice of Annual Meeting of Shareholders (Form DEF 14A) (May 1, 2023), https://www.sec.gov/Archives/edgar/data/27419/000130817923000828/ltgt2023_def14a.htm, which is cited in paragraphs 13-14, 17, 20-31, 49, 51, 96-104, 110, 120, 123, 125-28, 131, 135-37, 139, 141-45, 179, 186-89, 196, 203, 205, 208, 214, 219, and 240 of the AC. |
| 8 | *Statement on the Purpose of a Corporation*, Bus. Roundtable (Aug. 19, 2019), which is cited in paragraph 149 of the AC. |

| Exhibit | Description |
|---|---|
| 9 | Target Statement on 2023 Pride Collection, Target Corp. (May 24, 2023), https://corporate.target.com/press/statement/2023/05/target-statement-on-2023-pride-collection, which is cited in paragraphs 9, 86, 92, and 167 of the AC. |
| 10 | Brian Flood, *Target holds 'emergency' meeting over LGBTQ merchandise in some stores to avoid 'Bud Light situation'*, Fox News (May 23, 2023), https://www.foxnews.com/media/target-holds-emergency-meeting-lgbtq-pride-merchandise-stores-avoid-bud-light-situation?msockid=07c3faa0bc5b6951135aed43bd136877, which is cited in paragraph 93 of the AC. |
| 11 | Hayley Peterson, *The Target boycott is spiraling out of control*, Bus. Insider (Apr. 26, 2016), https://www.businessinsider.com/the-target-boycott-is-spiraling-out-of-control-2016-4, which is cited in paragraph 43 of the AC. |
| 12 | Khadeeja Safdar, *How Target Botched Its Response to the North Carolina Bathroom Law*, WSJ (Apr. 5, 2017), https://www.wsj.com/articles/how-target-botched-its-response-to-the-north-carolina-bathroom-law-1491404107?msockid=07c3faa0bc5b6951135aed43bd136877, which is cited in paragraphs 43 and 44 of the AC. |
| 13 | Monica Cole, *Target Indoctrinates Youth*, AFA: The Stand (May 18, 2023), https://afa.net/the-stand/culture/2023/05/target-indoctrinates-youth and the webpage to which the "click HERE" link directed visitors as of January 2024, which is cited in paragraph 166 of the AC.[1] |
| 14 | Target Corp., 2023 Annual Report (Form 10-K) (Mar. 13, 2024), https://www.sec.gov/Archives/edgar/data/27419/000002741924000032/tgt-20240203.htm. |
| 15 | Dominick Reuter, *Target Workers Say the Abrupt Removal of Pride Month Displays Has Alienated Some LGBTQ Employees*, Bus. Insider (May 24, 2023), https://www.businessinsider.com/target-workers-express-dismay-over-pride-month-display-removal-2023-5, which is cited in paragraph 92 of the AC. |

[1] The webpage that the "click HERE" link directs traffic to has since been updated after AFA announced that it was ending its Target boycott in 2025.

| Exhibit | Description |
|---|---|
| 16 | Abigail Anthony, *Target Reportedly Moving 'Pride' Items to Back of Store to Avoid the Bud Light Treatment*, Nat'l Rev. (May 23, 2023), https://www.nationalreview.com/corner/target-reportedly-moving-pride-items-to-back-of-store-to-avoid-the-bud-light-treatment/, which is cited in paragraph 41 of the AC. |
| 17 | Amanda Harding, *Target Promotes … 'LGBTQIA+ Segmentation Strategist' Amid Abysmal Sales From Pride Backlash*, Daily Wire (Nov. 15, 2023), https://www.dailywire.com/news/target-promotes-gaycruella-to-lgbtqia-segmentation-strategist-amid-abysmal-sales-from-pride-backlash, which is cited in paragraph 47 of the AC. |
| 18 | CNBC Transcript: Target CEO Brian Cornell Speaks with Betty Quick from the CNBC Evolve Global Summit (Nov. 2, 2023), https://www.cnbc.com/2023/11/02/cnbc-transcript-target-ceo-brian-cornell-speaks-with-becky-quick-from-the-cnbc-evolve-global-summit.html, which is cited in paragraphs 89, 94, and 158 of the AC. |
| 19 | Dominick Reuter, *Target CEO defends the decision to remove Pride displays and pledges to support the LGBTQ community. Read his letter to employees.*, Bus. Insider (May 25, 2023), https://africa.businessinsider.com/retail/target-ceo-defends-the-decision-to-remove-pride-displays-and-pledges-to-support-the/rlp95p4, which is cited in paragraph 88 of the AC. |
| 20 | Edward Kelly, Anthony Bonadio & Evan Ketterhagen, Target Corporation (TGT): Q3 Miss and Guide Down Much Worse than Expected, Wells Fargo (Nov. 20, 2024), which is cited in paragraphs 12 and 176 of the AC. |
| 21 | Christopher Horvers, Barath Rao, Christian Carlino & Jolie Wasserman, Target Corporation, J.P. Morgan (Nov. 20, 2024), which is cited in paragraph 176 of the AC. |
| 22 | Target Corp. Q3'22 Earnings Call Transcript (Nov. 16, 2022), https://corporate.target.com/getmedia/cdfa554a-4f87-4518-ad8d-954d76870b21/TGT-USQ_Transcript_2022-11-16.pdf, which is cited in paragraph 68 of the AC. |
| 23 | Press Release, Target Corp., Target Corporation Reports Third Quarter Earnings (Nov. 16, 2022), https://corporate.target.com/getmedia/44459539-543d-4f7b-9f9a-a54c7cf91c2d/Target-Corporation-Reports-Third-Quarter-Earnings.pdf, which is cited in paragraph 67 of the AC. |

| Exhibit | Description |
|---|---|
| 24 | Target Corp. Q4'22 Earnings Call Transcript (Feb. 28, 2023), https://corporate.target.com/getmedia/09d0bbd1-64e8-4a09-92d9-b152542837a4/TGT-USQ_Transcript_2023-02-28.pdf, which is cited in paragraphs 71-72 of the AC. |
| 25 | Brian Cornell's Form 4 SEC filings, dated September 3, 2021, December 6, 2021, March 11, 2022, and August 28, 2024. |
| 26 | Target Corp., Q3'24 Quarterly Report (Form 10-Q) (Nov. 27, 2024), https://www.sec.gov/Archives/edgar/data/27419/000002741924000179/tgt-20241102.htm. |
| 27 | Press Release, Target Corp., Target Announces Leadership Updates (Sep. 7, 2022), https://corporate.target.com/press/release/2022/09/target-announces-leadership-updates. |
| 28 | Target's Historical Stock Price Data from May 1, 2023 to August 31, 2023, sourced from S&P Capital IQ. |
| 29 | Andrea Felsted, *Target's Poor Earnings Are the Retailer's Fault*, Bloomberg (Nov. 21, 2024), which is cited in paragraphs 12 and 177 of the AC. |
| 30 | Sarah Nassauer, *Target Misfires with Shoppers*, WSJ (Nov. 27, 2024), which is cited in paragraphs 11, 12, and 178 of the AC. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 15, 2026
New York, New York

*/s/ Alexander J. Rodney*

Alexander J. Rodney, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 909-3305
alexander.rodney@kirkland.com

*Counsel for Defendants*